# EXHIBIT B

 **THE SCIENCE OF READY**

# Invoice

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

## Summary

| Category | Qty | Total |
|---|---:|---:|
| Consulting Services | | |
| 2020/08/27 | 257.50 | $56,358.63 |
| 2020/08/28 | 417.75 | $91,348.14 |
| 2020/08/29 | 452.75 | $120,137.27 |
| 2020/08/30 | 441.25 | $110,561.65 |
| 2020/08/31 | 429.25 | $87,869.64 |
| 2020/09/01 | 392.50 | $79,166.77 |
| 2020/09/02 | 341.25 | $71,601.25 |
| 2020/09/03 | 251.25 | $57,274.75 |
| 2020/09/04 | 227.25 | $47,799.26 |
| 2020/09/05 | 127.00 | $26,602.51 |
| **Subtotal** | **3,337.75** | **$748,719.87** |
| Equipment Fees | | |
| 2020/08/27 | 37 | $4,569.29 |
| 2020/08/28 | 57 | $6,567.87 |
| 2020/08/29 | 67 | $9,616.48 |
| 2020/08/30 | 70 | $10,050.41 |
| 2020/08/31 | 64 | $9,332.20 |
| 2020/09/01 | 65 | $9,507.20 |
| 2020/09/02 | 62 | $9,300.06 |
| 2020/09/03 | 42 | $7,510.76 |
| 2020/09/04 | 34 | $6,298.26 |
| 2020/09/05 | 31 | $6,010.76 |
| **Subtotal** | **529** | **$78,763.29** |
| Expenses | | |
| Meals Expense | 205 | $10,356.00 |
| Airfare Expense | 1 | $40.00 |
| Vehicle Operating Expense | 139 | $2,434.01 |
| Project Supplies Expense | 14 | $2,488.65 |
| CTEH Store | 1 | $2,776.26 |
| Information Service Fees | 10 | $14,300.00 |
| Administrative Overhead Fee | 1 | $739.48 |
| **Subtotal** | **371** | **$33,134.40** |

---

| **Invoice Total** | | **$860,617.56** |
|---|---|---:|

---

Payment terms are Net 30 days from receipt of invoice in US Dollars. Interest on overdue payments will be charged at 1.5% per month or, if different than that rate, the maximum charge permitted applicable to law.



**Invoice** 

| **To** | **From** |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

## Consulting Services

| Consulting Services | | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Almustafa, Omar - Env Specialist II | | | | |
| 2020/08/28 | Air Monitoring Multiple Locations (Night) | 7.00 | $99.00 | $693.00 |
| 2020/08/29 | Air Monitoring Multiple Locations (Night) | 15.00 | $148.50 | $2,227.50 |
| 2020/08/30 | Air Monitoring Multiple Locations (Night) | 15.50 | $148.50 | $2,301.75 |
| 2020/08/31 | Air Monitoring Multiple Locations (Night) | 8.00 | $99.00 | $792.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Night) | 7.50 | $148.50 | $1,113.75 |
| 2020/09/01 | Air Monitoring Multiple Locations (Night) | 8.00 | $99.00 | $792.00 |
| 2020/09/01 | Air Monitoring Multiple Locations (Night) | 7.50 | $148.50 | $1,113.75 |
| 2020/09/02 | Air Monitoring Multiple Locations (Night) | 8.00 | $99.00 | $792.00 |
| 2020/09/02 | Demobilization from Site | 2.00 | $148.50 | $297.00 |
| | | **78.50** | | **$10,122.75** |
| Andrae, Todd - Env Specialist I | | | | |
| 2020/08/31 | Off-site Project Support | 8.00 | $109.00 | $872.00 |
| 2020/08/31 | Off-site Project Support | 7.00 | $163.50 | $1,144.50 |
| 2020/09/01 | Off-site Project Support | 8.00 | $109.00 | $872.00 |
| 2020/09/01 | Off-site Project Support | 5.00 | $163.50 | $817.50 |
| | | **28.00** | | **$3,706.00** |
| Bailey, Michael - Finance Coordinator | | | | |
| 2020/08/28 | Off-site Project Support | 1.00 | $93.00 | $93.00 |
| 2020/08/29 | Off-site Project Support | 1.00 | $139.50 | $139.50 |
| 2020/08/30 | Off-site Project Support | 1.00 | $139.50 | $139.50 |
| 2020/08/31 | Off-site Project Support | 1.00 | $93.00 | $93.00 |
| 2020/09/01 | Off-site Project Support | 1.00 | $93.00 | $93.00 |
| 2020/09/02 | Off-site Project Support | 1.00 | $93.00 | $93.00 |
| 2020/09/03 | Off-site Project Support | 1.00 | $93.00 | $93.00 |
| 2020/09/04 | Off-site Project Support | 1.00 | $93.00 | $93.00 |
| 2020/09/05 | Off-site Project Support | 1.00 | $139.50 | $139.50 |
| | | **9.00** | | **$976.50** |
| Baker, James P - IT Proj Mgr | | | | |
| 2020/08/30 | Data Project Management | 1.50 | $285.00 | $427.50 |
| 2020/08/31 | Data Project Management | 3.00 | $190.00 | $570.00 |
| 2020/09/01 | Data Project Management | 1.00 | $190.00 | $190.00 |
| | | **5.50** | | **$1,187.50** |
| Beaty, Garrett - Env Specialist II | | | | |
| 2020/08/27 | Mobilization to Site | 7.00 | $99.00 | $693.00 |
| 2020/08/27 | Air Monitoring Multiple Locations (Day) | 1.00 | $99.00 | $99.00 |

 **THE SCIENCE OF READY**™

# Invoice

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

**Consulting Services**

| | | Hours | Rate | Total |
|---|---|---:|---:|---:|
| 2020/08/27 | Air Monitoring Multiple Locations (Day) | 4.00 | $148.50 | $594.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 6.50 | $148.50 | $965.25 |
| 2020/08/29 | Air Monitoring Multiple Locations (Day) | 15.50 | $148.50 | $2,301.75 |
| 2020/08/30 | Air Monitoring Multiple Locations (Day) | 13.50 | $148.50 | $2,004.75 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 6.75 | $148.50 | $1,002.38 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 7.00 | $148.50 | $1,039.50 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 7.00 | $148.50 | $1,039.50 |
| 2020/09/03 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/09/03 | Air Monitoring Multiple Locations (Day) | 7.50 | $148.50 | $1,113.75 |
| 2020/09/04 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/09/04 | Air Monitoring Multiple Locations (Day) | 7.25 | $148.50 | $1,076.63 |
| 2020/09/05 | Air Monitoring Multiple Locations (Day) | 15.25 | $148.50 | $2,264.63 |
| | | **146.25** | | **$18,946.14** |

**Bennett, Kyle - Env Sci Proj Mgr**

| | | | | |
|---|---|---:|---:|---:|
| 2020/08/27 | Off-site Project Support | 2.00 | $190.00 | $380.00 |
| | | **2.00** | | **$380.00** |

**Bird, Jacob - Consultant**

| | | | | |
|---|---|---:|---:|---:|
| 2020/08/27 | Off-site Project Support | 6.00 | $239.00 | $1,434.00 |
| 2020/08/28 | Off-site Project Support | 2.50 | $239.00 | $597.50 |
| 2020/08/29 | Off-site Project Support | 1.00 | $358.50 | $358.50 |
| | | **9.50** | | **$2,390.00** |

**Bogen, Danielle - Environmental Scientist II**

| | | | | |
|---|---|---:|---:|---:|
| 2020/08/27 | Off-site Project Support | 5.00 | $109.00 | $545.00 |
| | | **5.00** | | **$545.00** |

**Bolin, Kayla - Environmental Scientist**

| | | | | |
|---|---|---:|---:|---:|
| 2020/08/27 | Off-site Project Support | 6.00 | $139.00 | $834.00 |
| 2020/08/28 | Mobilization to Site | 3.00 | $139.00 | $417.00 |
| 2020/08/28 | On-site Air Equipment Management | 5.00 | $139.00 | $695.00 |
| 2020/08/28 | On-site Air Equipment Management | 2.50 | $208.50 | $521.25 |
| 2020/08/29 | On-site Air Equipment Management | 14.25 | $208.50 | $2,971.13 |
| 2020/08/30 | On-site Air Equipment Management | 13.75 | $208.50 | $2,866.88 |
| 2020/08/31 | On-site Air Equipment Management | 8.00 | $139.00 | $1,112.00 |
| 2020/08/31 | On-site Air Equipment Management | 7.50 | $208.50 | $1,563.75 |
| 2020/09/01 | On-site Air Equipment Management | 8.00 | $139.00 | $1,112.00 |
| 2020/09/01 | On-site Air Equipment Management | 7.25 | $208.50 | $1,511.63 |



**Invoice**

| | |
|---|---|
| **To** | **From** |
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Consulting Services | | Hours | Rate | Total |
|---|---|---:|---:|---:|
| 2020/09/02 | On-site Air Equipment Management | 8.00 | $139.00 | $1,112.00 |
| 2020/09/02 | On-site Air Equipment Management | 7.00 | $208.50 | $1,459.50 |
| 2020/09/03 | On-site Air Equipment Management | 8.00 | $139.00 | $1,112.00 |
| 2020/09/03 | On-site Air Equipment Management | 7.00 | $208.50 | $1,459.50 |
| 2020/09/04 | On-site Air Equipment Management | 8.00 | $139.00 | $1,112.00 |
| 2020/09/04 | On-site Air Equipment Management | 7.25 | $208.50 | $1,511.63 |
| 2020/09/05 | On-site Air Equipment Management | 15.25 | $208.50 | $3,179.63 |
| | | **135.75** | | **$24,550.90** |
| Botne, Brekk - Env Specialist II | | | | |
| 2020/08/27 | Mobilization to Site | 3.50 | $99.00 | $346.50 |
| 2020/08/28 | Mobilization to Site | 2.50 | $99.00 | $247.50 |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 5.50 | $99.00 | $544.50 |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 9.50 | $148.50 | $1,410.75 |
| 2020/08/29 | Air Monitoring Multiple Locations (Day) | 16.00 | $148.50 | $2,376.00 |
| 2020/08/30 | Air Monitoring Multiple Locations (Day) | 15.00 | $148.50 | $2,227.50 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 7.00 | $148.50 | $1,039.50 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 7.25 | $148.50 | $1,076.63 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 7.00 | $148.50 | $1,039.50 |
| 2020/09/03 | Demobilization from Site | 6.00 | $99.00 | $594.00 |
| | | **103.25** | | **$13,278.38** |
| Bowdon, Ed - Env Specialist II | | | | |
| 2020/08/27 | Mobilization to Site | 7.00 | $99.00 | $693.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Night) | 8.00 | $99.00 | $792.00 |
| 2020/08/28 | Demobilization from Site | 2.00 | $148.50 | $297.00 |
| | | **17.00** | | **$1,782.00** |
| Breed, Bobby - Env Specialist II | | | | |
| 2020/08/27 | Off-site Project Support | 2.00 | $99.00 | $198.00 |
| 2020/08/28 | Off-site Project Support | 1.50 | $99.00 | $148.50 |
| 2020/08/29 | Off-site Project Support | 2.00 | $148.50 | $297.00 |
| 2020/08/31 | Off-site Project Support | 8.00 | $99.00 | $792.00 |
| 2020/08/31 | Off-site Project Support | 7.00 | $148.50 | $1,039.50 |
| 2020/09/01 | Off-site Project Support | 8.00 | $99.00 | $792.00 |
| 2020/09/01 | Off-site Project Support | 5.00 | $148.50 | $742.50 |
| | | **33.50** | | **$4,009.50** |
| Cannon, Elbie - Env Sci Proj Mgr | | | | |
| 2020/08/27 | Mobilization to Site | 4.00 | $190.00 | $760.00 |



**Invoice**

---

| **To** | **From** |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

---

| **Invoice** | **Project** |
|---|---|
| Number: #INV 322592 | 113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA |
| Date: 09/17/20 | |
| Terms: Net 30 | For questions regarding this invoice, please contact your CTEH Project Manager or send |
| PO # 4500882957 | an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com |
| Material # 10 Chlorine Monitoring | |

---

| **Consulting Services** | | **Hours** | **Rate** | **Total** |
|---|---|---:|---:|---:|
| 2020/08/27 | Air Project Management (Night) | 3.00 | $190.00 | $570.00 |
| 2020/08/28 | Air Project Management (Night) | 8.00 | $190.00 | $1,520.00 |
| 2020/08/28 | Air Project Management (Night) | 7.50 | $285.00 | $2,137.50 |
| 2020/08/29 | Air Project Management (Night) | 15.50 | $285.00 | $4,417.50 |
| 2020/08/30 | Air Project Management (Night) | 16.00 | $285.00 | $4,560.00 |
| 2020/08/31 | Air Project Management (Night) | 8.00 | $190.00 | $1,520.00 |
| 2020/08/31 | Air Project Management (Night) | 7.50 | $285.00 | $2,137.50 |
| 2020/09/01 | Air Project Management (Night) | 8.00 | $190.00 | $1,520.00 |
| 2020/09/01 | Air Project Management (Night) | 8.50 | $285.00 | $2,422.50 |
| 2020/09/02 | Air Project Management (Night) | 8.00 | $190.00 | $1,520.00 |
| 2020/09/02 | Air Project Management (Night) | 8.00 | $285.00 | $2,280.00 |
| 2020/09/03 | Air Project Management (Night) | 8.00 | $190.00 | $1,520.00 |
| 2020/09/03 | Air Project Management (Night) | 7.00 | $285.00 | $1,995.00 |
| 2020/09/04 | Air Project Management (Night) | 8.00 | $190.00 | $1,520.00 |
| 2020/09/04 | Air Project Management (Night) | 7.50 | $285.00 | $2,137.50 |
| 2020/09/05 | Air Project Management (Night) | 15.50 | $285.00 | $4,417.50 |
| | | **148.00** | | **$36,955.00** |
| **Cobb, Heath A - Project Consultant** | | | | |
| 2020/08/27 | Mobilization to Site | 6.50 | $304.00 | $1,976.00 |
| 2020/08/27 | On-site Project Consulting | 1.50 | $304.00 | $456.00 |
| 2020/08/27 | On-site Project Consulting | 5.00 | $456.00 | $2,280.00 |
| 2020/08/28 | On-site Project Consulting | 8.00 | $304.00 | $2,432.00 |
| 2020/08/28 | On-site Project Consulting | 6.00 | $456.00 | $2,736.00 |
| 2020/08/29 | On-site Project Consulting | 14.75 | $456.00 | $6,726.00 |
| 2020/08/30 | On-site Project Consulting | 13.75 | $456.00 | $6,270.00 |
| 2020/08/31 | On-site Project Consulting | 8.00 | $304.00 | $2,432.00 |
| 2020/08/31 | On-site Project Consulting | 6.00 | $456.00 | $2,736.00 |
| 2020/09/01 | On-site Project Consulting | 8.00 | $304.00 | $2,432.00 |
| 2020/09/01 | On-site Project Consulting | 6.25 | $456.00 | $2,850.00 |
| 2020/09/02 | On-site Project Consulting | 8.00 | $304.00 | $2,432.00 |
| 2020/09/02 | On-site Project Consulting | 2.00 | $456.00 | $912.00 |
| 2020/09/03 | On-site Project Consulting | 1.50 | $304.00 | $456.00 |
| 2020/09/03 | Demobilization from Site | 6.50 | $304.00 | $1,976.00 |
| 2020/09/03 | Demobilization from Site | 1.50 | $456.00 | $684.00 |
| | | **103.25** | | **$39,786.00** |
| **Croslow, Brad - Environmental Scientist I** | | | | |
| 2020/08/27 | Mobilization to Site | 8.00 | $129.00 | $1,032.00 |
| 2020/08/27 | Mobilization to Site | 4.50 | $193.50 | $870.75 |
| 2020/08/28 | Mobilization to Site | 3.00 | $129.00 | $387.00 |



# Invoice

| To | From |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**

Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**

113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

## Consulting Services

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 5.00 | $129.00 | $645.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 10.00 | $193.50 | $1,935.00 |
| 2020/08/29 | Air Monitoring Multiple Locations (Day) | 15.00 | $193.50 | $2,902.50 |
| 2020/08/30 | Air Monitoring Multiple Locations (Day) | 13.50 | $193.50 | $2,612.25 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 8.00 | $129.00 | $1,032.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 7.00 | $193.50 | $1,354.50 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 8.00 | $129.00 | $1,032.00 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 7.00 | $193.50 | $1,354.50 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 8.00 | $129.00 | $1,032.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 7.00 | $193.50 | $1,354.50 |
| 2020/09/03 | Air Monitoring Multiple Locations (Day) | 8.00 | $129.00 | $1,032.00 |
| 2020/09/03 | Air Monitoring Multiple Locations (Day) | 7.00 | $193.50 | $1,354.50 |
| 2020/09/04 | Air Monitoring Multiple Locations (Day) | 8.00 | $129.00 | $1,032.00 |
| 2020/09/04 | Air Monitoring Multiple Locations (Day) | 7.50 | $193.50 | $1,451.25 |
| 2020/09/05 | Air Monitoring Multiple Locations (Day) | 15.00 | $193.50 | $2,902.50 |
| | | **149.50** | | **$25,316.25** |

**Davis, Carmel - Env Specialist I**

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/27 | Mobilization to Site | 5.00 | $109.00 | $545.00 |
| 2020/08/27 | Air Monitoring Multiple Locations (Day) | 3.00 | $109.00 | $327.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 8.00 | $109.00 | $872.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 5.50 | $163.50 | $899.25 |
| | | **21.50** | | **$2,643.25** |

**Davis, Heath - Environmental Scientist II**

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/27 | Mobilization to Site | 6.50 | $109.00 | $708.50 |
| 2020/08/28 | Mobilization to Site | 3.00 | $109.00 | $327.00 |
| 2020/08/28 | Analytical Air Sampling (Day) | 5.00 | $109.00 | $545.00 |
| 2020/08/28 | Analytical Air Sampling (Day) | 9.50 | $163.50 | $1,553.25 |
| 2020/08/29 | Analytical Air Sampling (Day) | 15.00 | $163.50 | $2,452.50 |
| 2020/08/30 | Analytical Air Sampling (Day) | 13.50 | $163.50 | $2,207.25 |
| 2020/08/31 | Analytical Air Sampling (Day) | 8.00 | $109.00 | $872.00 |
| 2020/08/31 | Analytical Air Sampling (Day) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/01 | Analytical Air Sampling (Day) | 8.00 | $109.00 | $872.00 |
| 2020/09/01 | Analytical Air Sampling (Day) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/02 | Analytical Air Sampling (Day) | 8.00 | $109.00 | $872.00 |
| 2020/09/02 | Analytical Air Sampling (Day) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/03 | Demobilization from Site | 8.00 | $109.00 | $872.00 |
| | | **105.50** | | **$14,715.00** |

**Davis, Jason - Env Sci Proj Mgr**

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/27 | Mobilization to Site | 7.00 | $190.00 | $1,330.00 |



**Invoice**

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

**Consulting Services**

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/27 | Air Project Management (Day) | 1.00 | $190.00 | $190.00 |
| 2020/08/27 | Air Project Management (Day) | 4.00 | $285.00 | $1,140.00 |
| 2020/08/28 | Air Project Management (Day) | 8.00 | $190.00 | $1,520.00 |
| 2020/08/28 | Air Project Management (Day) | 6.50 | $285.00 | $1,852.50 |
| 2020/08/29 | Air Project Management (Day) | 15.50 | $285.00 | $4,417.50 |
| 2020/08/30 | Air Project Management (Day) | 15.00 | $285.00 | $4,275.00 |
| 2020/08/31 | Air Project Management (Day) | 8.00 | $190.00 | $1,520.00 |
| 2020/08/31 | Air Project Management (Day) | 7.00 | $285.00 | $1,995.00 |
| 2020/09/01 | Air Project Management (Day) | 8.00 | $190.00 | $1,520.00 |
| 2020/09/01 | Air Project Management (Day) | 7.00 | $285.00 | $1,995.00 |
| 2020/09/02 | Air Project Management (Day) | 8.00 | $190.00 | $1,520.00 |
| 2020/09/02 | Air Project Management (Day) | 7.00 | $285.00 | $1,995.00 |
| 2020/09/03 | Air Project Management (Day) | 8.00 | $190.00 | $1,520.00 |
| 2020/09/03 | Air Project Management (Day) | 7.25 | $285.00 | $2,066.25 |
| 2020/09/04 | Air Project Management (Day) | 8.00 | $190.00 | $1,520.00 |
| 2020/09/04 | Air Project Management (Day) | 7.00 | $285.00 | $1,995.00 |
| 2020/09/05 | Air Project Management (Day) | 15.50 | $285.00 | $4,417.50 |
| | | **147.75** | | **$36,788.75** |

Day, Chip D - Senior Consultant

| | | | | |
|---|---|---|---|---|
| 2020/08/27 | Mobilization to Site | 6.00 | $345.00 | $2,070.00 |
| 2020/08/27 | On-site Project Consulting | 2.00 | $345.00 | $690.00 |
| 2020/08/27 | On-site Project Consulting | 4.00 | $517.50 | $2,070.00 |
| 2020/08/28 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/08/28 | On-site Project Consulting | 10.00 | $517.50 | $5,175.00 |
| 2020/08/29 | On-site Project Consulting | 16.00 | $517.50 | $8,280.00 |
| 2020/08/30 | On-site Project Consulting | 12.00 | $517.50 | $6,210.00 |
| 2020/08/31 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/08/31 | On-site Project Consulting | 6.00 | $517.50 | $3,105.00 |
| 2020/09/01 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/09/01 | On-site Project Consulting | 5.00 | $517.50 | $2,587.50 |
| 2020/09/02 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/09/02 | On-site Project Consulting | 7.00 | $517.50 | $3,622.50 |
| 2020/09/03 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/09/03 | On-site Project Consulting | 7.00 | $517.50 | $3,622.50 |
| 2020/09/04 | On-site Project Consulting | 3.00 | $345.00 | $1,035.00 |
| 2020/09/04 | Demobilization from Site | 5.00 | $345.00 | $1,725.00 |
| 2020/09/04 | Demobilization from Site | 3.00 | $517.50 | $1,552.50 |
| | | **126.00** | | **$55,545.00** |

Dissinger, Ryan - Env Specialist II



**Invoice**

| | |
|---|---|
| **To** | **From** |
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**

Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**

113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Consulting Services | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/30 | Off-site Project Support | 4.00 | $148.50 | $594.00 |
| | | **4.00** | | **$594.00** |
| **Dubach, Helen - Senior Consultant** | | | | |
| 2020/08/27 | Environmental Support-Offsite | 3.00 | $345.00 | $1,035.00 |
| 2020/08/28 | Environmental Support-Offsite | 5.00 | $345.00 | $1,725.00 |
| 2020/08/29 | Environmental Support-Offsite | 1.50 | $517.50 | $776.25 |
| 2020/08/30 | Environmental Support-Offsite | 3.00 | $517.50 | $1,552.50 |
| 2020/08/31 | Environmental Support-Offsite | 1.00 | $345.00 | $345.00 |
| 2020/09/01 | Environmental Support-Offsite | 2.00 | $345.00 | $690.00 |
| 2020/09/02 | Environmental Support-Offsite | 1.00 | $345.00 | $345.00 |
| | | **16.50** | | **$6,468.75** |
| **Dunn, Joshua - Environmental Scientist II** | | | | |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 3.00 | $109.00 | $327.00 |
| 2020/08/29 | Air Monitoring Multiple Locations (Day) | 16.00 | $163.50 | $2,616.00 |
| 2020/08/30 | Air Monitoring Multiple Locations (Day) | 15.00 | $163.50 | $2,452.50 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 8.00 | $109.00 | $872.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 8.00 | $109.00 | $872.00 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 8.00 | $109.00 | $872.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/03 | Air Monitoring Multiple Locations (Day) | 8.00 | $109.00 | $872.00 |
| 2020/09/03 | Air Monitoring Multiple Locations (Day) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/04 | Air Monitoring Multiple Locations (Day) | 8.00 | $109.00 | $872.00 |
| 2020/09/04 | Air Monitoring Multiple Locations (Day) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/05 | Air Monitoring Multiple Locations (Day) | 15.00 | $163.50 | $2,452.50 |
| | | **124.00** | | **$17,930.50** |
| **Foreman, Peter - IT Specialist** | | | | |
| 2020/08/27 | Data Project Management | 4.00 | $154.00 | $616.00 |
| 2020/08/28 | Data Project Management | 6.00 | $154.00 | $924.00 |
| 2020/08/29 | Data Project Management | 4.00 | $231.00 | $924.00 |
| | | **14.00** | | **$2,464.00** |
| **Galloway, Matthew - Environmental Scientist I** | | | | |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 3.00 | $129.00 | $387.00 |
| 2020/08/29 | Air Monitoring Multiple Locations (Day) | 16.25 | $193.50 | $3,144.38 |
| 2020/08/30 | Air Monitoring Multiple Locations (Day) | 15.00 | $193.50 | $2,902.50 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 8.00 | $129.00 | $1,032.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 7.00 | $193.50 | $1,354.50 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 8.00 | $129.00 | $1,032.00 |





# Invoice

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

## Consulting Services

| | | Hours | Rate | Total |
|---|---|---:|---:|---:|
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 7.00 | $193.50 | $1,354.50 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 8.00 | $129.00 | $1,032.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 7.00 | $193.50 | $1,354.50 |
| 2020/09/03 | Demobilization from Site | 7.50 | $129.00 | $967.50 |
| | | **86.75** | | **$14,560.88** |

### Gibson, Austin - Env Specialist I

| | | | | |
|---|---|---:|---:|---:|
| 2020/08/29 | Off-site Project Support | 7.00 | $163.50 | $1,144.50 |
| 2020/08/30 | Off-site Project Support | 17.50 | $163.50 | $2,861.25 |
| 2020/08/31 | Off-site Project Support | 4.00 | $109.00 | $436.00 |
| 2020/09/04 | Off-site Project Support | 8.00 | $109.00 | $872.00 |
| 2020/09/04 | Off-site Project Support | 5.50 | $163.50 | $899.25 |
| | | **42.00** | | **$6,213.00** |

### Gilliam, Gage - Environmental Scientist II

| | | | | |
|---|---|---:|---:|---:|
| 2020/08/29 | Data Compilation and QA/QC | 6.00 | $163.50 | $981.00 |
| 2020/08/30 | Data Compilation and QA/QC | 8.00 | $163.50 | $1,308.00 |
| 2020/09/01 | Data Compilation and QA/QC | 6.50 | $109.00 | $708.50 |
| 2020/09/02 | Data Compilation and QA/QC | 6.75 | $109.00 | $735.75 |
| 2020/09/03 | Data Compilation and QA/QC | 3.25 | $109.00 | $354.25 |
| | | **30.50** | | **$4,087.50** |

### Gilliam, Marilyn - Env Specialist II

| | | | | |
|---|---|---:|---:|---:|
| 2020/08/28 | Mobilization to Site | 8.00 | $99.00 | $792.00 |
| 2020/08/28 | Mobilization to Site | 3.50 | $148.50 | $519.75 |
| 2020/08/29 | On-site Project Support | 15.00 | $148.50 | $2,227.50 |
| 2020/08/30 | On-site Project Support | 14.25 | $148.50 | $2,116.13 |
| 2020/08/31 | On-site Project Support | 8.00 | $99.00 | $792.00 |
| 2020/08/31 | On-site Project Support | 5.50 | $148.50 | $816.75 |
| 2020/09/01 | On-site Project Support | 8.00 | $99.00 | $792.00 |
| 2020/09/01 | On-site Project Support | 7.25 | $148.50 | $1,076.63 |
| 2020/09/02 | Demobilization from Site | 6.50 | $99.00 | $643.50 |
| | | **76.00** | | **$9,776.26** |

### Hart, Paul - Senior Safety Manager

| | | | | |
|---|---|---:|---:|---:|
| 2020/08/27 | Health & Safety Plan Writing | 0.50 | $215.00 | $107.50 |
| | | **0.50** | | **$107.50** |

### Hawkins, Jody - Environmental Scientist

| | | | | |
|---|---|---:|---:|---:|
| 2020/08/29 | Mobilization to Site | 8.00 | $208.50 | $1,668.00 |
| 2020/08/29 | Air Monitoring Multiple Locations (Day) | 2.75 | $208.50 | $573.38 |
| 2020/08/30 | Air Monitoring Multiple Locations (Day) | 14.75 | $208.50 | $3,075.38 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 8.00 | $139.00 | $1,112.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Day) | 6.75 | $208.50 | $1,407.38 |

 THE SCIENCE OF READY™

# Invoice

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| Consulting Services | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 8.00 | $139.00 | $1,112.00 |
| 2020/09/01 | Air Monitoring Multiple Locations (Day) | 6.75 | $208.50 | $1,407.38 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 8.00 | $139.00 | $1,112.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Day) | 7.00 | $208.50 | $1,459.50 |
| 2020/09/03 | Demobilization from Site | 8.00 | $139.00 | $1,112.00 |
| | | **78.00** | | **$14,039.02** |

**Higginbotham, Allen - Senior Consultant**

| | | | | |
|---|---|---|---|---|
| 2020/08/27 | Off-site Project Consulting | 5.00 | $345.00 | $1,725.00 |
| | | **5.00** | | **$1,725.00** |

**Holden, Jason - Env Specialist I**

| | | | | |
|---|---|---|---|---|
| 2020/08/29 | Off-site Project Support | 6.50 | $163.50 | $1,062.75 |
| 2020/08/30 | Off-site Project Support | 1.50 | $163.50 | $245.25 |
| | | **8.00** | | **$1,308.00** |

**Holt, Hunter - Env Specialist I**

| | | | | |
|---|---|---|---|---|
| 2020/08/30 | Off-site Project Support | 16.00 | $163.50 | $2,616.00 |
| 2020/08/31 | Off-site Project Support | 4.00 | $109.00 | $436.00 |
| 2020/09/04 | Off-site Project Support | 8.00 | $109.00 | $872.00 |
| 2020/09/04 | Off-site Project Support | 5.50 | $163.50 | $899.25 |
| | | **33.50** | | **$4,823.25** |

**Hoyt, John - Env Specialist I**

| | | | | |
|---|---|---|---|---|
| 2020/08/27 | Mobilization to Site | 5.00 | $109.00 | $545.00 |
| 2020/08/27 | Air Monitoring Multiple Locations (Night) | 3.00 | $109.00 | $327.00 |
| 2020/08/27 | Air Monitoring Multiple Locations (Night) | 3.00 | $163.50 | $490.50 |
| 2020/08/28 | Analytical Air Sampling (Night) | 8.00 | $109.00 | $872.00 |
| 2020/08/28 | Analytical Air Sampling (Night) | 8.00 | $163.50 | $1,308.00 |
| 2020/08/29 | Analytical Air Sampling (Night) | 16.00 | $163.50 | $2,616.00 |
| 2020/08/30 | Analytical Air Sampling (Night) | 16.00 | $163.50 | $2,616.00 |
| 2020/08/31 | Analytical Air Sampling (Night) | 8.00 | $109.00 | $872.00 |
| 2020/08/31 | Analytical Air Sampling (Night) | 7.50 | $163.50 | $1,226.25 |
| 2020/09/01 | Analytical Air Sampling (Night) | 8.00 | $109.00 | $872.00 |
| 2020/09/01 | Analytical Air Sampling (Night) | 8.00 | $163.50 | $1,308.00 |
| 2020/09/02 | Analytical Air Sampling (Night) | 8.00 | $109.00 | $872.00 |
| 2020/09/02 | Analytical Air Sampling (Night) | 8.00 | $163.50 | $1,308.00 |
| 2020/09/03 | Analytical Air Sampling (Night) | 3.00 | $109.00 | $327.00 |
| 2020/09/03 | Demobilization from Site | 3.75 | $109.00 | $408.75 |
| | | **113.25** | | **$15,968.50** |

**Hudson, Travis - Project Consultant**

| | | | | |
|---|---|---|---|---|
| 2020/08/28 | Mobilization to Site | 7.00 | $304.00 | $2,128.00 |
| 2020/08/29 | On-site Project Consulting | 17.00 | $456.00 | $7,752.00 |

 **THE SCIENCE OF READY**™

# Invoice

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

### Consulting Services

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/30 | On-site Project Consulting | 12.00 | $456.00 | $5,472.00 |
| 2020/08/31 | On-site Project Consulting | 8.00 | $304.00 | $2,432.00 |
| 2020/08/31 | On-site Project Consulting | 4.00 | $456.00 | $1,824.00 |
| 2020/09/01 | On-site Project Consulting | 5.00 | $304.00 | $1,520.00 |
| 2020/09/03 | On-site Project Consulting | 8.00 | $304.00 | $2,432.00 |
| 2020/09/03 | On-site Project Consulting | 4.00 | $456.00 | $1,824.00 |
| 2020/09/04 | Demobilization from Site | 8.00 | $304.00 | $2,432.00 |
| 2020/09/04 | Demobilization from Site | 2.00 | $456.00 | $912.00 |
| | | **75.00** | | **$28,728.00** |

**Jones, Andrew T - Env Sci Proj Mgr**

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/27 | Off-site Project Support | 4.00 | $190.00 | $760.00 |
| 2020/08/28 | Off-site Project Support | 3.00 | $190.00 | $570.00 |
| 2020/08/29 | Off-site Project Support | 2.00 | $285.00 | $570.00 |
| 2020/08/30 | Off-site Project Support | 0.50 | $285.00 | $142.50 |
| 2020/08/31 | Off-site Project Support | 1.00 | $190.00 | $190.00 |
| 2020/09/01 | Off-site Project Support | 1.00 | $190.00 | $190.00 |
| 2020/09/02 | Off-site Project Support | 1.00 | $190.00 | $190.00 |
| 2020/09/03 | Off-site Project Support | 1.00 | $190.00 | $190.00 |
| 2020/09/04 | Off-site Project Support | 1.00 | $190.00 | $190.00 |
| | | **14.50** | | **$2,992.50** |

**Jones, Justin - Env Specialist I**

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/29 | Off-site Project Support | 5.50 | $163.50 | $899.25 |
| 2020/08/30 | Off-site Project Support | 1.50 | $163.50 | $245.25 |
| | | **7.00** | | **$1,144.50** |

**Jones, Wilbur - Env Sci Proj Mgr**

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/29 | Off-site Project Support | 3.50 | $285.00 | $997.50 |
| | | **3.50** | | **$997.50** |

**Kliethermes, Derek - Senior Consultant**

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/27 | Off-site Project Consulting | 3.00 | $345.00 | $1,035.00 |
| 2020/08/28 | Off-site Project Consulting | 2.00 | $345.00 | $690.00 |
| | | **5.00** | | **$1,725.00** |

**Markman, Madeline - IT Specialist**

| | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/27 | Mobilization to Site | 7.00 | $154.00 | $1,078.00 |
| 2020/08/28 | Mobilization to Site | 2.00 | $154.00 | $308.00 |
| 2020/08/28 | Data Project Management | 6.00 | $154.00 | $924.00 |
| 2020/08/28 | Data Project Management | 9.50 | $231.00 | $2,194.50 |
| 2020/08/29 | Data Project Management | 15.25 | $231.00 | $3,522.75 |
| 2020/08/30 | Data Project Management | 6.50 | $231.00 | $1,501.50 |
| 2020/08/30 | Demobilization from Site | 7.00 | $231.00 | $1,617.00 |



# Invoice

| **To** | **From** |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

| **Invoice** | **Project** |
|---|---|
| Number: #INV 322592 | 113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA |
| Date: 09/17/20 | |
| Terms: Net 30 | For questions regarding this invoice, please contact your CTEH Project Manager or send |
| PO # 4500882957 | an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com |
| Material # 10 Chlorine Monitoring | |

| **Consulting Services** | | **Hours** | **Rate** | **Total** |
|---|---|---|---|---|
| 2020/08/31 | Data Project Management | 8.00 | $154.00 | $1,232.00 |
| 2020/08/31 | Data Project Management | 1.00 | $231.00 | $231.00 |
| 2020/09/01 | Data Project Management | 8.00 | $154.00 | $1,232.00 |
| 2020/09/02 | Data Project Management | 8.00 | $154.00 | $1,232.00 |
| 2020/09/02 | Data Project Management | 1.50 | $231.00 | $346.50 |
| 2020/09/03 | Data Project Management | 6.50 | $154.00 | $1,001.00 |
| 2020/09/04 | Data Project Management | 8.00 | $154.00 | $1,232.00 |
| 2020/09/04 | Data Project Management | 1.50 | $231.00 | $346.50 |
| 2020/09/05 | Data Project Management | 2.00 | $231.00 | $462.00 |
| | | **97.75** | | **$18,460.75** |
| **Marks, Belinda - Env Specialist II** | | | | |
| 2020/08/27 | Mobilization to Site | 3.00 | $99.00 | $297.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 8.00 | $99.00 | $792.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Day) | 7.00 | $148.50 | $1,039.50 |
| 2020/08/29 | Demobilization from Site | 3.00 | $148.50 | $445.50 |
| | | **21.00** | | **$2,574.00** |
| **McCarron, Sean - Senior Safety Manager** | | | | |
| 2020/08/27 | Health & Safety Plan Writing | 0.50 | $215.00 | $107.50 |
| | | **0.50** | | **$107.50** |
| **Merkhi, Helmi - Env Specialist II** | | | | |
| 2020/08/27 | Mobilization to Site | 3.00 | $99.00 | $297.00 |
| 2020/08/27 | Air Monitoring Multiple Locations (Night) | 5.00 | $99.00 | $495.00 |
| 2020/08/27 | Air Monitoring Multiple Locations (Night) | 1.00 | $148.50 | $148.50 |
| 2020/08/28 | Air Monitoring Multiple Locations (Night) | 8.00 | $99.00 | $792.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Night) | 7.00 | $148.50 | $1,039.50 |
| 2020/08/29 | Air Monitoring Multiple Locations (Night) | 15.00 | $148.50 | $2,227.50 |
| 2020/08/30 | Air Monitoring Multiple Locations (Night) | 15.50 | $148.50 | $2,301.75 |
| 2020/08/31 | Air Monitoring Multiple Locations (Night) | 8.00 | $99.00 | $792.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Night) | 7.50 | $148.50 | $1,113.75 |
| 2020/09/01 | Air Monitoring Multiple Locations (Night) | 8.00 | $99.00 | $792.00 |
| 2020/09/01 | Air Monitoring Multiple Locations (Night) | 7.50 | $148.50 | $1,113.75 |
| 2020/09/02 | Air Monitoring Multiple Locations (Night) | 8.00 | $99.00 | $792.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Night) | 0.50 | $148.50 | $74.25 |
| 2020/09/02 | Demobilization from Site | 3.00 | $148.50 | $445.50 |
| | | **97.00** | | **$12,424.50** |
| **Middleton, Tiffany - Environmental Scientist II** | | | | |
| 2020/08/28 | Data Compilation and QA/QC | 1.25 | $109.00 | $136.25 |
| 2020/08/29 | Data Compilation and QA/QC | 3.25 | $163.50 | $531.38 |
| 2020/08/30 | Data Compilation and QA/QC | 8.25 | $163.50 | $1,348.88 |



**Invoice**

---

| **To** | **From** |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

---

**Invoice**

Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**

113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| **Consulting Services** | | **Hours** | **Rate** | **Total** |
|---|---|---|---|---|
| 2020/08/31 | Data Compilation and QA/QC | 8.00 | $109.00 | $872.00 |
| 2020/08/31 | Data Compilation and QA/QC | 1.00 | $163.50 | $163.50 |
| 2020/09/01 | Data Compilation and QA/QC | 5.25 | $109.00 | $572.25 |
| 2020/09/02 | Data Compilation and QA/QC | 3.75 | $109.00 | $408.75 |
| 2020/09/04 | Data Compilation and QA/QC | 6.50 | $109.00 | $708.50 |
| | | **37.25** | | **$4,741.51** |
| **Moyer, Meagan - Project Assistant II** | | | | |
| 2020/08/27 | Off-site Project Support | 6.00 | $77.00 | $462.00 |
| 2020/08/28 | Off-site Project Support | 4.00 | $77.00 | $308.00 |
| 2020/08/29 | Off-site Project Support | 2.00 | $115.50 | $231.00 |
| 2020/08/30 | Off-site Project Support | 2.00 | $115.50 | $231.00 |
| 2020/08/31 | Off-site Project Support | 2.00 | $77.00 | $154.00 |
| 2020/09/02 | Off-site Project Support | 0.25 | $77.00 | $19.25 |
| | | **16.25** | | **$1,405.25** |
| **Peltier, Sheila - Project Assistant I** | | | | |
| 2020/08/27 | Off-site Project Support | 3.00 | $87.00 | $261.00 |
| 2020/08/28 | Off-site Project Support | 3.50 | $87.00 | $304.50 |
| 2020/08/29 | Off-site Project Support | 12.00 | $130.50 | $1,566.00 |
| 2020/08/30 | Off-site Project Support | 9.00 | $130.50 | $1,174.50 |
| 2020/08/31 | Off-site Project Support | 3.50 | $87.00 | $304.50 |
| 2020/09/01 | Off-site Project Support | 2.00 | $87.00 | $174.00 |
| 2020/09/02 | Off-site Project Support | 1.00 | $87.00 | $87.00 |
| 2020/09/03 | Off-site Project Support | 2.00 | $87.00 | $174.00 |
| 2020/09/04 | Off-site Project Support | 3.00 | $87.00 | $261.00 |
| | | **39.00** | | **$4,306.50** |
| **Radic Keisler, Dilajla - Env Sci Proj Mgr** | | | | |
| 2020/08/27 | Off-site Project Support | 2.50 | $190.00 | $475.00 |
| 2020/08/28 | Off-site Project Support | 3.00 | $190.00 | $570.00 |
| 2020/08/29 | Off-site Project Support | 1.00 | $285.00 | $285.00 |
| 2020/08/31 | Off-site Project Support | 4.00 | $190.00 | $760.00 |
| 2020/09/02 | Off-site Project Support | 1.00 | $190.00 | $190.00 |
| 2020/09/03 | Off-site Project Support | 0.50 | $190.00 | $95.00 |
| | | **12.00** | | **$2,375.00** |
| **Rockwell, Terry - Senior Consultant** | | | | |
| 2020/08/27 | Mobilization to Site | 6.00 | $345.00 | $2,070.00 |
| 2020/08/27 | On-site Project Consulting | 2.00 | $345.00 | $690.00 |
| 2020/08/27 | On-site Project Consulting | 4.00 | $517.50 | $2,070.00 |
| 2020/08/28 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/08/28 | On-site Project Consulting | 10.00 | $517.50 | $5,175.00 |



# Invoice

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Consulting Services | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/29 | On-site Project Consulting | 17.00 | $517.50 | $8,797.50 |
| 2020/08/30 | On-site Project Consulting | 12.00 | $517.50 | $6,210.00 |
| 2020/08/31 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/08/31 | On-site Project Consulting | 4.00 | $517.50 | $2,070.00 |
| 2020/09/01 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/09/01 | On-site Project Consulting | 5.00 | $517.50 | $2,587.50 |
| 2020/09/02 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/09/02 | On-site Project Consulting | 5.00 | $517.50 | $2,587.50 |
| 2020/09/03 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/09/03 | On-site Project Consulting | 4.00 | $517.50 | $2,070.00 |
| 2020/09/04 | On-site Project Consulting | 5.00 | $345.00 | $1,725.00 |
| 2020/09/04 | Demobilization from Site | 3.00 | $345.00 | $1,035.00 |
| 2020/09/04 | Demobilization from Site | 5.00 | $517.50 | $2,587.50 |
| | | **122.00** | | **$53,475.00** |
| **Rodgers, Jeff - IT Specialist II** | | | | |
| 2020/08/27 | Data Project Management | 8.00 | $134.00 | $1,072.00 |
| 2020/08/28 | Data Project Management | 6.50 | $134.00 | $871.00 |
| 2020/08/29 | Data Project Management | 8.75 | $201.00 | $1,758.75 |
| 2020/08/30 | Data Project Management | 5.25 | $201.00 | $1,055.25 |
| 2020/08/31 | Data Project Management | 8.00 | $134.00 | $1,072.00 |
| | | **36.50** | | **$5,829.00** |
| **Saldana, Ruben - Environmental Scientist I** | | | | |
| 2020/08/28 | Air Monitoring Multiple Locations (Night) | 7.50 | $129.00 | $967.50 |
| 2020/08/29 | Air Monitoring Multiple Locations (Night) | 15.00 | $193.50 | $2,902.50 |
| 2020/08/30 | Air Monitoring Multiple Locations (Night) | 16.00 | $193.50 | $3,096.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Night) | 8.00 | $129.00 | $1,032.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Night) | 7.50 | $193.50 | $1,451.25 |
| 2020/09/01 | Air Monitoring Multiple Locations (Night) | 8.00 | $129.00 | $1,032.00 |
| 2020/09/01 | Air Monitoring Multiple Locations (Night) | 10.00 | $193.50 | $1,935.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Night) | 8.00 | $129.00 | $1,032.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Night) | 9.00 | $193.50 | $1,741.50 |
| 2020/09/03 | Air Monitoring Multiple Locations (Night) | 8.00 | $129.00 | $1,032.00 |
| 2020/09/03 | Air Monitoring Multiple Locations (Night) | 7.00 | $193.50 | $1,354.50 |
| 2020/09/04 | Air Monitoring Multiple Locations (Night) | 8.00 | $129.00 | $1,032.00 |
| 2020/09/04 | Air Monitoring Multiple Locations (Night) | 7.50 | $193.50 | $1,451.25 |
| 2020/09/05 | Air Monitoring Multiple Locations (Night) | 15.50 | $193.50 | $2,999.25 |
| | | **135.00** | | **$23,058.75** |
| **Shirley, Ernie - Consultant** | | | | |
| 2020/08/27 | Mobilization to Site | 2.00 | $239.00 | $478.00 |

 **THE SCIENCE OF READY**™

# Invoice

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| Consulting Services | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/27 | Environmental Support | 6.00 | $239.00 | $1,434.00 |
| 2020/08/27 | Environmental Support | 8.00 | $358.50 | $2,868.00 |
| 2020/08/28 | Environmental Support | 8.00 | $239.00 | $1,912.00 |
| 2020/08/28 | Environmental Support | 6.00 | $358.50 | $2,151.00 |
| 2020/08/29 | Environmental Support | 16.00 | $358.50 | $5,736.00 |
| 2020/08/30 | Environmental Support | 13.00 | $358.50 | $4,660.50 |
| 2020/08/31 | Environmental Support | 8.00 | $239.00 | $1,912.00 |
| 2020/08/31 | Environmental Support | 6.00 | $358.50 | $2,151.00 |
| 2020/09/01 | Environmental Support | 8.00 | $239.00 | $1,912.00 |
| 2020/09/01 | Environmental Support | 7.00 | $358.50 | $2,509.50 |
| 2020/09/02 | Environmental Support | 7.00 | $239.00 | $1,673.00 |
| 2020/09/02 | Demobilization from Site | 1.00 | $239.00 | $239.00 |
| 2020/09/02 | Demobilization from Site | 8.00 | $358.50 | $2,868.00 |
| | | **104.00** | | **$32,504.00** |
| **Skelton, Scott B - Senior Consultant** | | | | |
| 2020/08/27 | Mobilization to Site | 6.50 | $345.00 | $2,242.50 |
| 2020/08/27 | On-site Project Consulting | 1.50 | $345.00 | $517.50 |
| 2020/08/27 | On-site Project Consulting | 5.00 | $517.50 | $2,587.50 |
| 2020/08/28 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/08/28 | On-site Project Consulting | 6.75 | $517.50 | $3,493.13 |
| 2020/08/29 | On-site Project Consulting | 14.00 | $517.50 | $7,245.00 |
| 2020/08/30 | On-site Project Consulting | 13.75 | $517.50 | $7,115.63 |
| 2020/08/31 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/08/31 | On-site Project Consulting | 6.00 | $517.50 | $3,105.00 |
| 2020/09/01 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/09/01 | On-site Project Consulting | 6.50 | $517.50 | $3,363.75 |
| 2020/09/02 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/09/02 | On-site Project Consulting | 7.00 | $517.50 | $3,622.50 |
| 2020/09/03 | On-site Project Consulting | 8.00 | $345.00 | $2,760.00 |
| 2020/09/03 | On-site Project Consulting | 7.50 | $517.50 | $3,881.25 |
| 2020/09/04 | Demobilization from Site | 8.00 | $345.00 | $2,760.00 |
| 2020/09/04 | Demobilization from Site | 2.00 | $517.50 | $1,035.00 |
| | | **124.50** | | **$54,768.76** |
| **Soria, Pablo - Proj Toxicologist** | | | | |
| 2020/08/27 | Mobilization to Site | 8.00 | $305.00 | $2,440.00 |
| 2020/08/27 | Mobilization to Site | 4.50 | $457.50 | $2,058.75 |
| 2020/08/28 | Mobilization to Site | 3.25 | $305.00 | $991.25 |
| 2020/08/28 | On-site Project Consulting | 4.75 | $305.00 | $1,448.75 |
| 2020/08/28 | On-site Project Consulting | 10.25 | $457.50 | $4,689.38 |

 **THE SCIENCE OF READY™**

# Invoice

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| Consulting Services | | Hours | Rate | Total |
|---|---|---|---|---|
| 2020/08/29 | On-site Project Consulting | 16.00 | $457.50 | $7,320.00 |
| 2020/08/30 | On-site Project Consulting | 14.50 | $457.50 | $6,633.75 |
| 2020/08/31 | On-site Project Consulting | 8.00 | $305.00 | $2,440.00 |
| 2020/08/31 | On-site Project Consulting | 7.25 | $457.50 | $3,316.88 |
| 2020/09/01 | On-site Project Consulting | 4.00 | $305.00 | $1,220.00 |
| 2020/09/01 | Demobilization from Site | 4.00 | $305.00 | $1,220.00 |
| 2020/09/01 | Demobilization from Site | 3.50 | $457.50 | $1,601.25 |
| 2020/09/01 | Off-site Project Consulting | 1.00 | $457.50 | $457.50 |
| 2020/09/02 | Off-site Project Consulting | 6.50 | $305.00 | $1,982.50 |
| 2020/09/03 | Off-site Project Consulting | 4.00 | $305.00 | $1,220.00 |
| 2020/09/04 | Off-site Project Consulting | 4.75 | $305.00 | $1,448.75 |
| 2020/09/05 | Off-site Project Consulting | 2.00 | $457.50 | $915.00 |
| | | **106.25** | | **$41,403.76** |

**Thevenot, Max - Project Consultant**

| | | | | |
|---|---|---|---|---|
| 2020/08/28 | | 8.00 | $304.00 | $2,432.00 |
| 2020/08/28 | | 6.00 | $456.00 | $2,736.00 |
| 2020/08/29 | | 16.00 | $456.00 | $7,296.00 |
| 2020/08/30 | On-site Project Consulting | 12.00 | $456.00 | $5,472.00 |
| 2020/08/31 | On-site Project Consulting | 8.00 | $304.00 | $2,432.00 |
| 2020/08/31 | On-site Project Consulting | 4.00 | $456.00 | $1,824.00 |
| 2020/09/01 | On-site Project Consulting | 5.00 | $304.00 | $1,520.00 |
| 2020/09/02 | On-site Project Consulting | 8.00 | $304.00 | $2,432.00 |
| 2020/09/02 | On-site Project Consulting | 5.00 | $456.00 | $2,280.00 |
| 2020/09/03 | On-site Project Consulting | 8.00 | $304.00 | $2,432.00 |
| 2020/09/03 | On-site Project Consulting | 4.00 | $456.00 | $1,824.00 |
| 2020/09/04 | Demobilization from Site | 8.00 | $304.00 | $2,432.00 |
| | | **92.00** | | **$35,112.00** |

**Watkins, Gaynell - Env Specialist II**

| | | | | |
|---|---|---|---|---|
| 2020/08/27 | Mobilization to Site | 2.00 | $99.00 | $198.00 |
| 2020/08/27 | Air Monitoring Multiple Locations (Night) | 6.00 | $99.00 | $594.00 |
| 2020/08/27 | Air Monitoring Multiple Locations (Night) | 1.75 | $148.50 | $259.88 |
| 2020/08/28 | Air Monitoring Multiple Locations (Night) | 8.00 | $99.00 | $792.00 |
| 2020/08/28 | Air Monitoring Multiple Locations (Night) | 1.75 | $148.50 | $259.88 |
| 2020/08/28 | Demobilization from Site | 3.00 | $148.50 | $445.50 |
| | | **22.50** | | **$2,549.26** |

**White, Daniel - IT Proj Mgr**

| | | | | |
|---|---|---|---|---|
| 2020/08/28 | Data Project Management | 4.00 | $190.00 | $760.00 |
| 2020/08/31 | Data Project Management | 1.50 | $190.00 | $285.00 |
| | | **5.50** | | **$1,045.00** |



# Invoice

---

| **To** | **From** |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

---

**Invoice**

Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**

113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| Consulting Services | | Hours | Rate | Total |
|---|---|---:|---:|---:|
| **White, Samuel - Environmental Scientist II** | | | | |
| 2020/08/27 | Mobilization to Site | 7.00 | $109.00 | $763.00 |
| 2020/08/28 | Mobilization to Site | 2.50 | $109.00 | $272.50 |
| 2020/08/28 | Air Monitoring Multiple Locations (Night) | 5.50 | $109.00 | $599.50 |
| 2020/08/28 | Air Monitoring Multiple Locations (Night) | 7.50 | $163.50 | $1,226.25 |
| 2020/08/29 | Air Monitoring Multiple Locations (Night) | 15.00 | $163.50 | $2,452.50 |
| 2020/08/30 | Air Monitoring Multiple Locations (Night) | 15.50 | $163.50 | $2,534.25 |
| 2020/08/31 | Air Monitoring Multiple Locations (Night) | 8.00 | $109.00 | $872.00 |
| 2020/08/31 | Air Monitoring Multiple Locations (Night) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/01 | Air Monitoring Multiple Locations (Night) | 8.00 | $109.00 | $872.00 |
| 2020/09/01 | Air Monitoring Multiple Locations (Night) | 7.50 | $163.50 | $1,226.25 |
| 2020/09/02 | Air Monitoring Multiple Locations (Night) | 8.00 | $109.00 | $872.00 |
| 2020/09/02 | Air Monitoring Multiple Locations (Night) | 7.50 | $163.50 | $1,226.25 |
| 2020/09/03 | Air Monitoring Multiple Locations (Night) | 8.00 | $109.00 | $872.00 |
| 2020/09/03 | Air Monitoring Multiple Locations (Night) | 7.00 | $163.50 | $1,144.50 |
| 2020/09/04 | Air Monitoring Multiple Locations (Night) | 8.00 | $109.00 | $872.00 |
| 2020/09/04 | Air Monitoring Multiple Locations (Night) | 7.50 | $163.50 | $1,226.25 |
| 2020/09/05 | Air Monitoring Multiple Locations (Night) | 15.00 | $163.50 | $2,452.50 |
| | | **144.50** | | **$20,628.25** |
| **Williams, Paige - Environmental Scientist II** | | | | |
| 2020/08/30 | Data Compilation and QA/QC | 8.00 | $163.50 | $1,308.00 |
| | | **8.00** | | **$1,308.00** |
| **Wilson, John T - Consultant** | | | | |
| 2020/08/27 | Health & Safety Plan Writing | 2.00 | $239.00 | $478.00 |
| | | **2.00** | | **$478.00** |
| **Wnek, Shawn - Senior Toxicologist** | | | | |
| 2020/08/27 | Off-site Project Consulting | 1.25 | $355.00 | $443.75 |
| 2020/08/28 | Off-site Project Consulting | 1.25 | $355.00 | $443.75 |
| | | **2.50** | | **$887.50** |
| **Consulting Services Total** | | **3,337.75** | | **$748,719.87** |

# Equipment Fees

| Equipment Fees | | Qty | Rate | Total |
|---|---|---:|---:|---:|
| AM510 | | | | |
| 2020/08/27 | AM510 | 2 | $73.93 | $147.86 |
| 2020/08/28 | AM510 | 3 | $73.93 | $221.79 |
| 2020/08/29 | AM510 | 3 | $73.93 | $221.79 |



**Invoice**

| To | From |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**

Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**

113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Equipment Fees | | | Qty | Rate | Total |
|---|---|---|---|---|---|
| 2020/08/30 | AM510 | | 3 | $73.93 | $221.79 |
| | | | **11** | | **$813.23** |
| AM520 | | | | | |
| 2020/08/27 | AM520 | | 3 | $160.71 | $482.13 |
| 2020/08/28 | AM520 | | 4 | $160.71 | $642.84 |
| 2020/08/29 | AM520 | | 4 | $160.71 | $642.84 |
| 2020/08/30 | AM520 | | 5 | $160.71 | $803.55 |
| 2020/08/31 | AM520 | | 3 | $160.71 | $482.13 |
| 2020/09/01 | AM520 | | 3 | $160.71 | $482.13 |
| 2020/09/02 | AM520 | | 3 | $160.71 | $482.13 |
| 2020/09/03 | AM520 | | 3 | $160.71 | $482.13 |
| 2020/09/04 | AM520 | | 2 | $160.71 | $321.42 |
| 2020/09/05 | AM520 | | 2 | $160.71 | $321.42 |
| | | | **32** | | **$5,142.72** |
| Analytical Sampling Pumps | | | | | |
| 2020/08/28 | Analytical Sampling Pumps | | 4 | $45.00 | $180.00 |
| 2020/08/29 | Analytical Sampling Pumps | | 4 | $45.00 | $180.00 |
| 2020/08/30 | Analytical Sampling Pumps | | 4 | $45.00 | $180.00 |
| 2020/08/31 | Analytical Sampling Pumps | | 4 | $45.00 | $180.00 |
| 2020/09/01 | Analytical Sampling Pumps | | 4 | $45.00 | $180.00 |
| 2020/09/02 | Analytical Sampling Pumps | | 4 | $45.00 | $180.00 |
| | | | **24** | | **$1,080.00** |
| AreaRAE | | | | | |
| 2020/08/29 | AreaRAE | | 6 | $176.79 | $1,060.74 |
| 2020/08/30 | AreaRAE | | 7 | $176.79 | $1,237.53 |
| 2020/08/31 | AreaRAE | | 7 | $176.79 | $1,237.53 |
| 2020/09/01 | AreaRAE | | 7 | $176.79 | $1,237.53 |
| 2020/09/02 | AreaRAE | | 7 | $176.79 | $1,237.53 |
| 2020/09/03 | AreaRAE | | 7 | $176.79 | $1,237.53 |
| 2020/09/04 | AreaRAE | | 7 | $176.79 | $1,237.53 |
| 2020/09/05 | AreaRAE | | 7 | $176.79 | $1,237.53 |
| | | | **55** | | **$9,723.45** |
| Equipment Trailer | | | | | |
| 2020/08/28 | Equipment Trailer | | 1 | $160.71 | $160.71 |
| 2020/08/29 | Equipment Trailer | | 1 | $160.71 | $160.71 |
| 2020/08/30 | Equipment Trailer | | 1 | $160.71 | $160.71 |
| 2020/08/31 | Equipment Trailer | | 1 | $160.71 | $160.71 |
| 2020/09/01 | Equipment Trailer | | 1 | $160.71 | $160.71 |
| 2020/09/02 | Equipment Trailer | | 1 | $160.71 | $160.71 |



**Invoice**

| To | From |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**

Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**

113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Equipment Fees | | Qty | Rate | Total |
|---|---|---|---|---|
| 2020/09/03 | Equipment Trailer | 1 | $160.71 | $160.71 |
| 2020/09/04 | Equipment Trailer | 1 | $160.71 | $160.71 |
| 2020/09/05 | Equipment Trailer | 1 | $160.71 | $160.71 |
| | | **9** | | **$1,446.39** |
| Gastec | | | | |
| 2020/08/27 | Gastec | 5 | $16.07 | $80.35 |
| 2020/08/28 | Gastec | 6 | $16.07 | $96.42 |
| 2020/08/29 | Gastec | 6 | $16.07 | $96.42 |
| 2020/08/30 | Gastec | 6 | $16.07 | $96.42 |
| 2020/08/31 | Gastec | 6 | $16.07 | $96.42 |
| 2020/09/01 | Gastec | 6 | $16.07 | $96.42 |
| 2020/09/02 | Gastec | 4 | $16.07 | $64.28 |
| 2020/09/03 | Gastec | 2 | $16.07 | $32.14 |
| 2020/09/04 | Gastec | 2 | $16.07 | $32.14 |
| 2020/09/05 | Gastec | 1 | $16.07 | $16.07 |
| | | **44** | | **$707.08** |
| Hand-Held PDA | | | | |
| 2020/08/27 | Hand-Held PDA | 5 | $80.36 | $401.80 |
| 2020/08/28 | Hand-Held PDA | 9 | $80.36 | $723.24 |
| 2020/08/29 | Hand-Held PDA | 9 | $80.36 | $723.24 |
| 2020/08/30 | Hand-Held PDA | 9 | $80.36 | $723.24 |
| 2020/08/31 | Hand-Held PDA | 9 | $80.36 | $723.24 |
| 2020/09/01 | Hand-Held PDA | 9 | $80.36 | $723.24 |
| 2020/09/02 | Hand-Held PDA | 9 | $80.36 | $723.24 |
| 2020/09/03 | Hand-Held PDA | 5 | $80.36 | $401.80 |
| 2020/09/04 | Hand-Held PDA | 4 | $80.36 | $321.44 |
| 2020/09/05 | Hand-Held PDA | 4 | $80.36 | $321.44 |
| | | **72** | | **$5,785.92** |
| Hanna PH Soil Meter | | | | |
| 2020/08/29 | Hanna PH Soil Meter | 1 | $9.29 | $9.29 |
| 2020/08/30 | Hanna PH Soil Meter | 1 | $9.29 | $9.29 |
| 2020/08/31 | Hanna PH Soil Meter | 1 | $9.29 | $9.29 |
| 2020/09/01 | Hanna PH Soil Meter | 1 | $9.29 | $9.29 |
| 2020/09/02 | Hanna PH Soil Meter | 1 | $9.29 | $9.29 |
| | | **5** | | **$46.45** |
| Horiba Water Quality Meter | | | | |
| 2020/08/29 | Horiba Water Quality Meter | 1 | $160.71 | $160.71 |
| 2020/08/30 | Horiba Water Quality Meter | 1 | $160.71 | $160.71 |
| 2020/08/31 | Horiba Water Quality Meter | 1 | $160.71 | $160.71 |

 **THE SCIENCE OF READY**

# Invoice

| **To** | **From** |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

| **Invoice** | **Project** |
|---|---|
| Number: #INV 322592 | 113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA |
| Date: 09/17/20 | |
| Terms: Net 30 | For questions regarding this invoice, please contact your CTEH Project Manager or send |
| PO # 4500882957 | an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com |
| Material # 10 Chlorine Monitoring | |

| Equipment Fees | | Qty | Rate | Total |
|---|---|---|---|---|
| 2020/09/01 | Horiba Water Quality Meter | 1 | $160.71 | $160.71 |
| 2020/09/02 | Horiba Water Quality Meter | 1 | $160.71 | $160.71 |
| | | **5** | | **$803.55** |
| **Mobile Command Center** | | | | |
| 2020/08/29 | Mobile Command Center | 1 | $1,750.00 | $1,750.00 |
| 2020/08/30 | Mobile Command Center | 1 | $1,750.00 | $1,750.00 |
| 2020/08/31 | Mobile Command Center | 1 | $1,750.00 | $1,750.00 |
| 2020/09/01 | Mobile Command Center | 1 | $1,750.00 | $1,750.00 |
| 2020/09/02 | Mobile Command Center | 1 | $1,750.00 | $1,750.00 |
| 2020/09/03 | Mobile Command Center | 1 | $1,750.00 | $1,750.00 |
| 2020/09/04 | Mobile Command Center | 1 | $1,750.00 | $1,750.00 |
| 2020/09/05 | Mobile Command Center | 1 | $1,750.00 | $1,750.00 |
| | | **8** | | **$14,000.00** |
| **MultiRAE Plus** | | | | |
| 2020/08/27 | MultiRAE Plus | 5 | $96.43 | $482.15 |
| 2020/08/28 | MultiRAE Plus | 9 | $96.43 | $867.87 |
| 2020/08/29 | MultiRAE Plus | 9 | $96.43 | $867.87 |
| 2020/08/30 | MultiRAE Plus | 10 | $96.43 | $964.30 |
| 2020/08/31 | MultiRAE Plus | 10 | $96.43 | $964.30 |
| 2020/09/01 | MultiRAE Plus | 10 | $96.43 | $964.30 |
| 2020/09/02 | MultiRAE Plus | 10 | $96.43 | $964.30 |
| 2020/09/03 | MultiRAE Plus | 6 | $96.43 | $578.58 |
| 2020/09/04 | MultiRAE Plus | 5 | $96.43 | $482.15 |
| 2020/09/05 | MultiRAE Plus | 4 | $96.43 | $385.72 |
| | | **78** | | **$7,521.54** |
| **Portable Generator** | | | | |
| 2020/08/29 | Portable Generator | 1 | $64.29 | $64.29 |
| 2020/08/30 | Portable Generator | 1 | $64.29 | $64.29 |
| 2020/08/31 | Portable Generator | 1 | $64.29 | $64.29 |
| 2020/09/01 | Portable Generator | 1 | $64.29 | $64.29 |
| 2020/09/02 | Portable Generator | 1 | $64.29 | $64.29 |
| 2020/09/03 | Portable Generator | 1 | $64.29 | $64.29 |
| 2020/09/04 | Portable Generator | 1 | $64.29 | $64.29 |
| 2020/09/05 | Portable Generator | 1 | $64.29 | $64.29 |
| | | **8** | | **$514.32** |
| **ProRAE Guardian Software** | | | | |
| 2020/08/29 | ProRAE Guardian Software | 1 | $289.29 | $289.29 |
| 2020/08/30 | ProRAE Guardian Software | 1 | $289.29 | $289.29 |
| 2020/08/31 | ProRAE Guardian Software | 1 | $289.29 | $289.29 |



**Invoice**

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| Equipment Fees | | Qty | Rate | Total |
|---|---|---|---|---|
| 2020/09/01 | ProRAE Guardian Software | 1 | $289.29 | $289.29 |
| 2020/09/02 | ProRAE Guardian Software | 1 | $289.29 | $289.29 |
| 2020/09/03 | ProRAE Guardian Software | 1 | $289.29 | $289.29 |
| 2020/09/04 | ProRAE Guardian Software | 1 | $289.29 | $289.29 |
| 2020/09/05 | ProRAE Guardian Software | 1 | $289.29 | $289.29 |
| | | **8** | | **$2,314.32** |
| ProRAE Mesh Kit | | | | |
| 2020/08/29 | ProRAE Mesh Kit | 1 | $64.29 | $64.29 |
| 2020/08/30 | ProRAE Mesh Kit | 1 | $64.29 | $64.29 |
| 2020/08/31 | ProRAE Mesh Kit | 1 | $64.29 | $64.29 |
| 2020/09/01 | ProRAE Mesh Kit | 1 | $64.29 | $64.29 |
| 2020/09/02 | ProRAE Mesh Kit | 1 | $64.29 | $64.29 |
| 2020/09/03 | ProRAE Mesh Kit | 1 | $64.29 | $64.29 |
| 2020/09/04 | ProRAE Mesh Kit | 1 | $64.29 | $64.29 |
| 2020/09/05 | ProRAE Mesh Kit | 1 | $64.29 | $64.29 |
| | | **8** | | **$514.32** |
| Vehicles-SUV, Truck, Van | | | | |
| 2020/08/27 | Vehicles-SUV, Truck, Van | 17 | $175.00 | $2,975.00 |
| 2020/08/28 | Vehicles-SUV, Truck, Van | 21 | $175.00 | $3,675.00 |
| 2020/08/29 | Vehicles-SUV, Truck, Van | 19 | $175.00 | $3,325.00 |
| 2020/08/30 | Vehicles-SUV, Truck, Van | 19 | $175.00 | $3,325.00 |
| 2020/08/31 | Vehicles-SUV, Truck, Van | 18 | $175.00 | $3,150.00 |
| 2020/09/01 | Vehicles-SUV, Truck, Van | 19 | $175.00 | $3,325.00 |
| 2020/09/02 | Vehicles-SUV, Truck, Van | 18 | $175.00 | $3,150.00 |
| 2020/09/03 | Vehicles-SUV, Truck, Van | 14 | $175.00 | $2,450.00 |
| 2020/09/04 | Vehicles-SUV, Truck, Van | 9 | $175.00 | $1,575.00 |
| 2020/09/05 | Vehicles-SUV, Truck, Van | 8 | $175.00 | $1,400.00 |
| | | **162** | | **$28,350.00** |
| **Equipment Fees Total** | | **529** | | **$78,763.29** |

## Meals Expense

| Meals Expense | | Qty | Rate | Total |
|---|---|---|---|---|
| Almustafa, Omar | | | | |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |

 **THE SCIENCE OF READY**™

# Invoice

| | |
|---|---|
| **To** | **From** |
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

| | |
|---|---|
| **Invoice** | **Project** |
| Number: #INV 322592 | 113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA |
| Date: 09/17/20 | |
| Terms: Net 30 | For questions regarding this invoice, please contact your CTEH Project Manager or send |
| PO # 4500882957 | an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com |
| Material # 10 Chlorine Monitoring | |

| **Meals Expense** | | Qty | Rate | Total |
|---|---|---|---|---|
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **5.00** | | **$261.25** |
| **Beaty, Garrett** | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/05 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| | | **10.00** | | **$522.25** |
| **Bolin, Kayla** | | | | |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/05 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| | | **9.00** | | **$481.25** |
| **Botne, Brekk** | | | | |
| 2020/08/27 | Project Meals- Per Diem | 0.75 | $55.00 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 0.75 | $55.00 | $41.25 |
| | | **7.50** | | **$412.50** |
| **Bowdon, Ed** | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **2.00** | | **$82.50** |

 THE SCIENCE OF READY™

# Invoice

| **To** | **From** |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Meals Expense | | **Qty** | **Rate** | **Total** |
|---|---|---|---|---|
| Cannon, Elbie | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/05 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| | | **10.00** | | **$536.25** |
| Cobb, Heath A | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **8.00** | | **$384.50** |
| Croslow, Brad | | | | |
| 2020/08/27 | Project Meals- Per Diem | 0.75 | $55.00 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/05 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| | | **9.75** | | **$536.25** |
| Davis, Carmel | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| | | **2.00** | | **$96.25** |
| Davis, Heath | | | | |



**Invoice**

| | |
|---|---|
| **To** | **From** |
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**

Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**

113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Meals Expense | | Qty | Rate | Total |
|---|---|---|---|---|
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **8.00** | | **$412.50** |
| Davis, Jason | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/05 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| | | **10.00** | | **$522.25** |
| Day, Chip D | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **9.00** | | **$467.50** |
| Dunn, Joshua | | | | |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |



**Invoice**

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| Meals Expense | | Qty | Rate | Total |
|---|---|---|---|---|
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/05 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| | | **8.00** | | **$440.00** |
| Galloway, Matthew | | | | |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **6.00** | | **$316.25** |
| Gilliam, Marilyn | | | | |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **6.00** | | **$302.50** |
| Hawkins, Jody | | | | |
| 2020/08/29 | Project Meals- Per Diem | 0.75 | $55.00 | $41.25 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/09/03 | Project Meals- Per Diem | 0.75 | $55.00 | $41.25 |
| | | **5.50** | | **$246.50** |
| Hoyt, John | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **8.00** | | **$412.50** |
| Hudson, Travis | | | | |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |



# Invoice

| **To** | **From** |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**

Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**

113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| **Meals Expense** | | **Qty** | **Rate** | **Total** |
|---|---|---|---|---|
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **8.00** | | **$412.50** |
| **Markman, Madeline** | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $32.00 | $32.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **4.00** | | **$169.50** |
| **Marks, Belinda** | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **3.00** | | **$137.50** |
| **Merkhi, Helmi** | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **7.00** | | **$357.50** |
| **Rockwell, Terry** | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **9.00** | | **$467.50** |



**Invoice**

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| Meals Expense | | Qty | Rate | Total |
|---|---|---|---|---|
| Saldana, Ruben | | | | |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/05 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| | | **8.00** | | **$440.00** |
| Shirley, Ernie | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $41.00 | $41.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **7.00** | | **$315.50** |
| Skelton, Scott B | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $23.00 | $23.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $23.00 | $23.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $23.00 | $23.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $23.00 | $23.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $23.00 | $23.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $23.00 | $23.00 |
| | | **9.00** | | **$289.25** |
| Soria, Pablo | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **6.00** | | **$302.50** |
| Thevenot, Max | | | | |



**Invoice**

| **To** | **From** |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**

Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**

113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| **Meals Expense** | | **Qty** | **Rate** | **Total** |
|---|---|---|---|---|
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **8.00** | | **$412.50** |
| Watkins, Gaynell | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| | | **2.00** | | **$82.50** |
| White, Samuel | | | | |
| 2020/08/27 | Project Meals- Per Diem | 1.00 | $41.25 | $41.25 |
| 2020/08/28 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/29 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/30 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/08/31 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/01 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/02 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/03 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/04 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| 2020/09/05 | Project Meals- Per Diem | 1.00 | $55.00 | $55.00 |
| | | **10.00** | | **$536.25** |
| **Meals Expense Total** | | **204.75** | | **$10,356.00** |

## Airfare Expense

| **Airfare Expense** | | **Qty** | | **Total** |
|---|---|---|---|---|
| Davis, Heath | | | | |
| 2020/09/03 | Project Airfare | 1 | | $40.00 |

## Vehicle Operating Expense

| **Vehicle Operating Expense** | | **Qty** | **Rate** | **Total** |
|---|---|---|---|---|
| Almustafa, Omar | | | | |
| 2020/08/29 | Project Fuel | 1 | | $22.16 |

 

# Invoice

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Vehicle Operating Expense | | Qty | Rate | Total |
|---|---|---|---|---|
| 2020/08/30 | Project Fuel | 1 | | $24.10 |
| 2020/08/31 | Project Fuel | 1 | | $24.35 |
| 2020/09/01 | Project Fuel | 1 | | $30.42 |
| 2020/09/02 | Project Fuel | 1 | | $21.06 |
| | | **5** | | **$122.09** |
| **Beaty, Garrett** | | | | |
| 2020/08/28 | Project Fuel | 1 | | $40.00 |
| 2020/08/29 | Project Fuel | 1 | | $63.00 |
| 2020/09/02 | Project Fuel | 1 | | $50.20 |
| 2020/09/03 | Project Fuel | 1 | | $46.68 |
| | | **4** | | **$199.88** |
| **Bolin, Kayla** | | | | |
| 2020/08/29 | Project Fuel | 1 | | $16.75 |
| 2020/08/31 | Project Fuel | 1 | | $20.24 |
| 2020/09/02 | Project Fuel | 1 | | $22.04 |
| 2020/09/03 | Project Fuel | 1 | | $17.79 |
| | | **4** | | **$76.82** |
| **Botne, Brekk** | | | | |
| 2020/08/27 | Project Tolls/Cab Fare | 1 | | $37.26 |
| 2020/08/28 | Project Fuel | 1 | | $12.13 |
| 2020/08/28 | Project Fuel | 1 | | $21.97 |
| 2020/08/30 | Project Fuel | 1 | | $20.31 |
| 2020/08/30 | Project Fuel | 1 | | $27.55 |
| 2020/08/31 | Project Fuel | 1 | | $22.22 |
| 2020/09/01 | Project Fuel | 1 | | $26.55 |
| 2020/09/03 | Project Fuel | 1 | | $18.11 |
| 2020/09/03 | Project Fuel | 1 | | $22.21 |
| 2020/09/03 | Project Tolls/Cab Fare | 1 | | $43.06 |
| | | **10** | | **$251.37** |
| **Bowdon, Ed** | | | | |
| 2020/08/27 | Project Mileage | 35 | $0.58 | $20.13 |
| 2020/08/27 | Project Fuel | 1 | | $12.00 |
| 2020/08/28 | Project Fuel | 1 | | $20.00 |
| | | **37** | | **$52.13** |
| **Cannon, Elbie** | | | | |
| 2020/08/27 | Project Fuel | 1 | | $32.00 |
| 2020/08/31 | Project Fuel | 1 | | $36.00 |
| 2020/09/04 | Project Fuel | 1 | | $50.00 |
| | | **3** | | **$118.00** |

 THE SCIENCE OF READY ™

# Invoice

| To | From |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Vehicle Operating Expense | | Qty | Rate | Total |
|---|---|---|---|---|
| **Cobb, Heath A** | | | | |
| 2020/08/27 | Project Fuel | 1 | | $18.31 |
| 2020/08/27 | Project Fuel | 1 | | $20.41 |
| 2020/08/28 | Project Fuel | 1 | | $34.10 |
| 2020/08/31 | Project Fuel | 1 | | $35.09 |
| 2020/09/03 | Project Fuel | 1 | | $19.65 |
| 2020/09/03 | Project Fuel | 1 | | $30.27 |
| 2020/09/03 | Project Mileage | 22 | $0.58 | $12.65 |
| | | **28** | | **$170.48** |
| **Croslow, Brad** | | | | |
| 2020/08/28 | Project Fuel | 1 | | $44.95 |
| 2020/08/31 | Project Fuel | 1 | | $22.89 |
| 2020/09/02 | Project Fuel | 1 | | $33.63 |
| | | **3** | | **$101.47** |
| **Davis, Carmel** | | | | |
| 2020/08/27 | Project Fuel | 1 | | $19.00 |
| 2020/08/28 | Project Fuel | 1 | | $10.25 |
| | | **2** | | **$29.25** |
| **Davis, Heath** | | | | |
| 2020/08/27 | Project Fuel | 1 | | $7.33 |
| 2020/09/03 | Project Fuel | 1 | | $18.46 |
| | | **2** | | **$25.79** |
| **Davis, Jason** | | | | |
| 2020/08/30 | Project Fuel | 1 | | $30.71 |
| 2020/09/04 | Project Fuel | 1 | | $32.47 |
| | | **2** | | **$63.18** |
| **Dunn, Joshua** | | | | |
| 2020/08/27 | Project Fuel | 1 | | $100.00 |
| 2020/08/28 | Project Fuel | 1 | | $14.00 |
| 2020/08/29 | Project Fuel | 1 | | $18.00 |
| 2020/08/30 | Project Fuel | 1 | | $22.00 |
| 2020/09/02 | Project Fuel | 1 | | $32.25 |
| 2020/09/03 | Project Fuel | 1 | | $21.01 |
| 2020/09/04 | Project Fuel | 1 | | $15.01 |
| 2020/09/05 | Project Fuel | 1 | | $17.00 |
| | | **8** | | **$239.27** |
| **Galloway, Matthew** | | | | |
| 2020/08/27 | Project Fuel | 1 | | $21.91 |
| 2020/08/29 | Project Fuel | 1 | | $18.24 |

 THE SCIENCE OF READY™

# Invoice

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| Vehicle Operating Expense | | Qty | Rate | Total |
|---|---|---|---|---|
| 2020/09/01 | Project Fuel | 1 | | $25.70 |
| 2020/09/03 | Project Fuel | 1 | | $37.73 |
| 2020/09/03 | Project Parking | 1 | | $112.00 |
| | | **5** | | **$215.58** |
| Gilliam, Marilyn | | | | |
| 2020/08/30 | Project Fuel | 1 | | $21.00 |
| 2020/08/31 | Project Fuel | 1 | | $28.01 |
| 2020/09/01 | Project Fuel | 1 | | $21.50 |
| 2020/09/02 | Project Fuel | 1 | | $23.01 |
| | | **4** | | **$93.52** |
| Hawkins, Jody | | | | |
| 2020/09/01 | Project Fuel | 1 | | $48.50 |
| 2020/09/03 | Project Fuel | 1 | | $21.50 |
| | | **2** | | **$70.00** |
| Markman, Madeline | | | | |
| 2020/08/27 | Project Fuel | 1 | | $18.06 |
| 2020/08/30 | Project Fuel | 1 | | $30.43 |
| | | **2** | | **$48.49** |
| Marks, Belinda | | | | |
| 2020/08/27 | Project Tolls/Cab Fare | 1 | | $31.81 |
| 2020/08/28 | Project Fuel | 1 | | $5.77 |
| 2020/08/29 | Project Fuel | 1 | | $24.01 |
| 2020/08/29 | Project Tolls/Cab Fare | 1 | | $28.91 |
| | | **4** | | **$90.50** |
| Merkhi, Helmi | | | | |
| 2020/09/02 | Project Fuel | 1 | | $20.00 |
| 2020/09/03 | Project Fuel | 1 | | $25.00 |
| | | **2** | | **$45.00** |
| Saldana, Ruben | | | | |
| 2020/08/30 | Project Fuel | 1 | | $42.76 |
| 2020/08/31 | Project Fuel | 1 | | $32.95 |
| 2020/09/01 | Project Fuel | 1 | | $50.72 |
| 2020/09/02 | Project Fuel | 1 | | $55.13 |
| 2020/09/03 | Project Fuel | 1 | | $43.56 |
| 2020/09/04 | Project Fuel | 1 | | $38.49 |
| 2020/09/05 | Project Fuel | 1 | | $41.84 |
| | | **7** | | **$305.45** |
| Shirley, Ernie | | | | |
| 2020/09/02 | Project Fuel | 1 | | $33.06 |



**Invoice**

| To | From |
|---|---|
| Biolabs Inc | CTEH, LLC |
| 910 I-10 | 5120 North Shore Drive |
| Westlake, LA 70669 | North Little Rock, AR 72118 |
| United States | (501) 801-8500 |

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

| Vehicle Operating Expense | | | Qty | Rate | Total |
|---|---|---|---|---|---|
| | | | **1** | | **$33.06** |
| Skelton, Scott B | | | | | |
| 2020/08/31 | Project Fuel | | 1 | | $19.08 |
| 2020/09/01 | Project Fuel | | 1 | | $11.75 |
| 2020/09/02 | Project Fuel | | 1 | | $14.97 |
| 2020/09/04 | Project Fuel | | 1 | | $36.88 |
| | | | **4** | | **$82.68** |
| **Vehicle Operating Expense Total** | | | **139** | | **$2,434.01** |

## Project Supplies Expense

| Project Supplies Expense | | Qty | Total |
|---|---|---|---|
| Bolin, Kayla | | | |
| 2020/09/02 | Project Supplies | 1 | $87.90 |
| | | **1** | **$87.90** |
| Cannon, Elbie | | | |
| 2020/09/03 | Project Supplies | 1 | $18.89 |
| | | **1** | **$18.89** |
| Cobb, Heath A | | | |
| 2020/08/27 | Project Supplies | 1 | $10.88 |
| | | **1** | **$10.88** |
| Davis, Heath | | | |
| 2020/08/27 | Project Supplies | 1 | $39.96 |
| | | **1** | **$39.96** |
| Davis, Jason | | | |
| 2020/08/28 | Project Supplies | 1 | $27.06 |
| | | **1** | **$27.06** |
| Galloway, Matthew | | | |
| 2020/08/27 | Project Supplies | 1 | $263.46 |
| | | **1** | **$263.46** |
| Gilliam, Marilyn | | | |
| 2020/08/28 | Project Supplies | 1 | $17.75 |
| 2020/08/28 | Project Supplies | 1 | $13.25 |
| 2020/08/29 | Project Supplies | 1 | $497.84 |
| 2020/08/29 | Project Supplies | 1 | $77.77 |
| 2020/08/30 | Project Supplies | 1 | $1,045.01 |
| 2020/08/31 | Project Supplies | 1 | $51.39 |
| 2020/09/01 | Project Supplies | 1 | $80.94 |

 **THE SCIENCE OF READY**™

# Invoice

---

**To**
Biolabs Inc
910 I-10
Westlake, LA 70669
United States

**From**
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118
(501) 801-8500

---

**Invoice**
Number: #INV 322592
Date: 09/17/20
Terms: Net 30
PO # 4500882957
Material # 10 Chlorine Monitoring

**Project**
113436-Biolabs Inc-Chlorine Monitoring-Westlake, LA

For questions regarding this invoice, please contact your CTEH Project Manager or send an e-mail to CTEH Accounts Receivable at CTEHAccountsReceivable@cteh.com

---

| Project Supplies Expense | | Qty | Total |
|---|---|---|---|
| | | **7** | **$1,783.95** |
| Hawkins, Jody | | | |
| 2020/08/29 | Project Supplies | 1 | $256.55 |
| | | **1** | **$256.55** |
| **Project Supplies Expense Total** | | **14** | **$2,488.65** |

## CTEH Store

| CTEH Store | | Qty | Total |
|---|---|---|---|
| 2020/08/31 | CTEH Store - #8898 | 1 | $2,776.26 |

## Information Service Fees

| Information Service Fees | | Qty | Total |
|---|---|---|---|
| 2020/08/27 | 76 Transactions | 1 | $200.00 |
| 2020/08/28 | 845 Transactions | 1 | $2,000.00 |
| 2020/08/29 | 1240 Transactions | 1 | $2,000.00 |
| 2020/08/30 | 967 Transactions | 1 | $2,000.00 |
| 2020/08/31 | 905 Transactions | 1 | $2,000.00 |
| 2020/09/01 | 886 Transactions | 1 | $2,000.00 |
| 2020/09/02 | 652 Transactions | 1 | $2,000.00 |
| 2020/09/03 | 205 Transactions | 1 | $700.00 |
| 2020/09/04 | 112 Transactions | 1 | $700.00 |
| 2020/09/05 | 194 Transactions | 1 | $700.00 |
| **Information Service Fees Total** | | **10** | **$14,300.00** |

## Administrative Overhead Fee

| Administrative Overhead Fee | | Qty | Total |
|---|---|---|---|
| 2020/09/05 | 15% Markup on Applicable Expenses | 1 | $739.48 |

## Total

| Invoice Total | | | $860,617.56 |
|---|---|---|---|

# American

PASSENGER NAME
**DAVIS/HEATH**

**UPTO50LB 23KG AND62LI**   1   40.00 USD

**BPT DFW - AA DFW LIT - AA**
Total with Applicable TFC   40.00 USD
Credit Card   AX XXXXXXXXXXX1007

| | FLIGHT | DATE | | |
|---|---|---|---|---|
| Fare | 40.00 USD | | | |
| TFC | | 3702 | SEPTEMBER 03, 2020 | |
| TFC | | PNR: CHCSFF | | |
| TFC | | Agent: BPT-SSM | 001 | 0288774766 | 0 |
| Total | 40.00 USD | | | |

TFC=TAXES, FEES & CHARGES

NOT VALID FOR TRAVEL



```
        WELCOME TO
STRIPES # 1076
   2300 HWY 365
PORT ARTHUR, TX
   409-736-2701


DATE 08/29/20   19:23
TRAN# 9136052
PUMP# 13
SERVICE LEVEL: SELF
PRODUCT: UNLD
GALLONS:        12.316
PRICE/G:    $    1.799
FUEL SALE   $    22.16
    DEBIT       $22.16


VISA DEBIT
Payment from
Primary Account
*************8220
Entry Method: Swiped
Auth #: 215932
Resp Code:
Stan: 17287142810
Invoice #: 562423
Store # *************
****



Diesel Fuel Contain
Up To 5% BioDiesel
or Renewable Diesel
State Diesel Tax
0.19 per Gallon Inc
```

**WELCOME TO**
**STRIPES # 1076**
2300 Hwy 365
Port Arthur, TX 77640
409-722-3600
****************
Stripes
2300 HWY 365
PORT ARTHUR TX 77640

< DUPLICATE RECEIPT >

| Description | Qty | Amount |
|---|---|---|
| UNLD CA #07 | 13.3946 | 24.10 |
| SELF @ 1.799/ G | | |

| | | |
|---|---|---|
| Subtotal | | 24.10 |
| Tax | | 0.00 |
| **TOTAL** | | **24.10** |
| DEBIT $ | | 24.10 |

VISA DEBIT
Payment from
Primary Account
************8220
Entry Method: Swiped
Auth #: 328514
Resp Code:
Stan: 17297148991
Invoice #: 565842
Store # **************

**THANKS COME AGAIN**
Diesel Fuel Contains
Up To 5% Biodiesel Or
Renewable State Diesel
Tax $ 0.18 Per Gallon
ST# 1076  TILL XXXX DR# 0 TRAN# 9072948
CSH: 0                08/30/20 17:06:48

```
            WELCOME
      EXXPRESS MART #19
      2920 Jimmy Johnson
      Nederland TX  77645
        409- 724-2096
           00307602
             EM 19
      2920 JIMMYJOHNSON
       PORT ARTHUR TX


DATE 8/31/20 17:29
TRAN# 9042596
PUMP# 04
SERVICE LEVEL: SELF
PRODUCT: REGUNL
GALLONS:        12.432
PRICE/G:  $    1.959
FUEL SALE     $24.35
   CREDIT     $24.35
************8220
Stn# 00307602

VISA

Inv#  0288621
Auth# 030886
Entry Method:  Swipe
d


Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.

     THANK YOU
  HAVE A GREAT DAY!
www.exxpressmart.com
```

```
              WELCOME
        EXXPRESS MART #19
        2920 Jimmy Johnson
        Nederland TX  77645
           409- 724-2006
              00307602
               EM 19
         2920 JIMMYJOHNSON
          PORT ARTHUR TX


        DATE 9/1/20 17:18
        TRAN# 9042622
        PUMP# 04
        SERVICE LEVEL: SELF
        PRODUCT: REGUNL
        GALLONS:      15.527
        PRICE/G:  $    1.959
        FUEL SALE    $30.42
          CREDIT     $30.42
        *************8220
        Stn# 00307602

        VISA

        Inv#  0289227
        Auth# 001728
        Entry Method:  Swipe
        d


        Get rewarded on
        every fill-up at
        Chevron with a
        Techron Advantage
        card. See app
        for details.

             THANK YOU
         HAVE A GREAT DAY!
        www.exxpressmart.com
```

```
FLASH, 00378830
914 E PKWY
WEBSTER, TX
09/02/2020 271110270
01:06:08 PM

XXXXXXXXXXXXX8220
VISA
INVOICE E/3035501
AUTH C61447

*** REPRINT *** REPRINT *** REPRINT ***
PUMP# 10
UNLEAD REG    10.537G
PRICE/GAL     $1.999

FUEL TOTAL  $  21.06
*** REPRINT *** REPRINT *** REPRINT ***

CREDIT      $  21.06

Chip Read
VISA DEBIT
Mode: Issuer
AID: A0000000031010
TVR: 8080108000
IAD: 06010A03608000
TSI: 6800
ARC: 00

Get rewarded on
every fill-up at
Texaco  with a
Techron Advantage
card. See app
for details.

I agree to pay the above total amount
according to card issuer agreement.

    Customer Copy
```



# Pilot.

STORE 431
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
08/28/2020

SALE
Transaction #:    2027189 ****PREPAY****

| Qty Name | Price | Total |
| --- | --- | --- |
| 1 Prepay | 40.00 | 40.00 |
| Pump: | 1 | |
| Gallons: | 1.000 | |
| Price / Gal: | .000 | |

| Subtotal | 40.00 |
| --- | --- |
| Sales Tax | 0.00 |
| Total | 40.00 |

Received:
AMEX
XXXXXXXXXXX1005     INSERTED     40.00
Approved
Auth #:    881622

TYPE: PREAUTH
AMERICAN EXPRESS    (C)
AID: A000000025010801
TVR: 0000008000
IAD: 064C0103A0A006
TSI: E800
ARC: Z3

IMPORTANT - Retain this copy for your
records.

CUSTOMER #ORIGINAL



# Pilot

STORE 431
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
08/29/2020

SALE
Transaction #:           99313268

| Qty Name | Price | Total |
|---|---|---|
| 1 Truck Diesel | | 63.00 |
| Pump: | 22 | |
| Gallons: | 28.518 | |
| Price / Gal: | 2.209 | |

Subtotal                 63.00
Sales Tax                 0.00

Total                    63.00

Received
AMEX                    SWIPED
XXXXXXXXXXX1005
Approved
Auth #:    504588

VehicleID

Pos:99 Clerk:99
#ORIGINAL RECEIPT

0431993I3268



# pilot

STORE 431
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
09/02/2020

SALE
Transaction #:  99317597
---------------------------------

| Qty Name | Price | Total |
| --- | --- | --- |

1 Auto Diesel 1          50.20    50.20
   Pump:          4
   Gallons:       23.251
   Price / Gal:   2.159

---------------------------------

Subtotal                          50.20
Sales Tax                          0.00
---------------------------------

Total                             50.20
---------------------------------

Received:
   AMEX                           50.20
   XXXXXXXXXXX1005      SWIPED
   Approved
   Auth #:    522438

---------------------------------

043199317597
Pos:5 Clerk:697 09/02/2020 06:14:44
#ORIGINAL RECEIPT



**STORE 431**
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
09/03/2020

SALE
Transaction #:  99319467

---

| Qty Name | Price | Total |
|----------|-------|-------|

---

| 1 Regular Unleaded | 46.68 | 46.68 |
| Pump: | 6 | |
| Gallons: | 25.945 | |
| Price / Gal: | 1.799 | |

---

| Subtotal | 46.68 |
| Sales Tax | 0.00 |

---

| Total | 46.68 |

---

Received:
| AMEX | 46.68 |
| XXXXXXXXXXXX1005 | SWIPED |
Approved
Auth #:  546821



043199319467
Pos:5 Clerk:1113 09/03/2020 20:13:49
#ORIGINAL RECEIPT



# Pilot

STORE 431
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
08/29/2020

SALE
Transaction #: 99312179

--------------------------------------

| Qty Name | Price | Total |
|----------|-------|-------|

1 Regular Unleaded       16.75    16.75
   Pump:              16
   Gallons:        9.471
   Price / Gal:    1.769

--------------------------------------

Subtotal                          16.75
Sales Tax                          0.00

--------------------------------------

Total                             16.75

--------------------------------------

Received:
  VISA                    16.75
  XXXXXXXXXXXX5467   SWIPED
  Approved
  Auth #:   03474D

043199312179

Pos:1 Clerk:101 08/29/2020 05:47:54
#ORIGINAL RECEIPT



```
              Express 1
      5497 Entrance Rd.
             Bldg. 5498
             Ft. Polk
             LA 71459
        337-537-1050

Invoice # 0000000
Date       08/31/20
Time       05:17AM
Auth #     01958D

Acct #
XXXXXXXXXXXX5467
BOLIN/KAYLA

Pump   Gallons   Price
 07    11.006    $1.839

Product          Amount
  Gasoline       $20.24

Total Sale       $20.24

VISA
```



```
        WELCOME
   EXXPRESS MART #19
   2920 Jimmy Johnson
   Nederland TX  77645
     409- 724-2096
        00307602
         EM 19
   2920 JIMMYJOHNSON
     PORT ARTHUR TX


   DATE 9/2/20 5:09
   TRAN# 9125398
   PUMP# 12
   SERVICE LEVEL: SELF
   PRODUCT: REGUNL
   GALLONS:      11.250
   PRICE/G:  $    1.959
   FUEL SALE     $22.04
     CREDIT      $22.04
   ************5467
   Stn# 00307602

   VISA

   Inv#  0289508
   Auth# 04466D
   Entry Method:  Swipe
   d


   Get rewarded on
   every fill-up at
   Chevron with a
   Techron Advantage
   card. See app
   for details.


     THANK YOU
   HAVE A GREAT DAY!
   www.exxpressmart.com
```



```
            WELCOME
       EXXPRESS MART #19
       2920 Jimmy Johnson
     Nederland TX  77645
        409- 724-2096
           00307602
            EM 19
       2920 JIMMYJOHNSON
        PORT ARTHUR TX


   DATE 9/3/20 5:24
   TRAN# 9125461
   PUMP# 12
   SERVICE LEVEL: SELF
   PRODUCT: REGUNL
   GALLONS:        9.083
   PRICE/G:   $    1.959
   FUEL SALE     $17.79
      CREDIT     $17.79
   ************5467
   Stn# 00307602

   VISA

   Inv#  0290112
   Auth# 00020D
   Entry Method:  Swipe
   d


   Get rewarded on
   every fill-up at
   Chevron with a
   Techron Advantage
   card. See app
   for details.

        THANK YOU
    HAVE A GREAT DAY!
  www.exxpressmart.com
```

https://mail.google.com/mail/u/0?ik=2d8824c1a9&view=pt&search=all...

 Gmail                                    **Brekk Botne <brekk.botne@gmail.com>**

---

**Your ride with Jared on August 27**
1 message

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>                        Thu, Aug 27, 2020 at 9:57 PM
To: brekk.botne@gmail.com



**AUGUST 27, 2020 AT 9:15 PM**

# Thanks for riding with Jared!



100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (19.53mi, 36m 53s) | **$29.52** |
| Louisiana State Fee | **$0.29** |
| Tip | **$7.45** |

PayPal account                                **$37.26**





● **Pickup  9:15 PM**
944 Opelousas Ave, New Orleans, LA

● **Drop-off  9:52 PM**
Svc Rd B, Kenner, LA



# The new rules of rideshare

**Please continue to follow these guidelines whenever you request a ride:**

- Wear a face covering
- Keep the car — and your hands — clean
- Sit in the back seat
- Keep the car windows open

LEARN MORE

Gmail - Your ride with Jared on August 27                https://mail.google.com/mail/u/0?ik=2d8824c1a9&view=pt&search=all...

# Make expensing business rides easy

Enable business profile on Lyft to make expensing
rides quick and easy.

## GET BUSINESS PROFILE

**TIP DRIVER**

**FIND LOST ITEM**

**REQUEST REVIEW**

Review price in the Lyft app help tab

To protect against unauthorized behavior, you may see an authorization hold on your bank
statement. This is to verify your payment method and will not be charged.

Help Center

Receipt #1444297359098235318

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© Mapbox © OpenStreetMap Improve this map

© 2020 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver



WELCOME
EXXPRESS MART #19
2920 Jimmy Johnson
Nederland TX  77645
409- 724-2096
00307682
EM 19
2920 JIMMYJOHNSON
PORT ARTHUR TX


DATE 8/28/20 2:13
TRAN# 9054221
PUMP# 05
SERVICE LEVEL: SELF
PRODUCT: REGUNL
GALLONS:        6.745
PRICE/G:  $    1.799
FUEL SALE      $12.13
  CREDIT       $12.13
************2188
Stn# 00307682

MASTERCARD

Inv#  0286684
Auth# 86958Z
Entry Method:  Swipe
d


Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.

THANK YOU
HAVE A GREAT DAY!
www.exxpressmart.com



**WELCOME TO**
**STRIPES # 1082**
3600 JIMMY JOHNSON BL
PORT ARTHUR, TX 77642
409-727-1945
418229

3600 JIMMY JOHNSON
PORT ARTHUR TX 77642

< DUPLICATE RECEIPT >

| Description | Qty | Amount |
|---|---|---|
| UNLD CR #01 | 13.007G | 21.97 |
| SELF @ 1.689/ G | | |

| | | |
|---|---|---|
| Subtotal | | 21.97 |
| Tax | | 0.00 |
| **TOTAL** | | **21.97** |
| CREDIT $ | | 21.97 |

MASTERCARD
*************2188
Entry Method: Swiped
Auth #: 042782
Resp Code:
Stan: 15886351518
Invoice #: 750963
Store # ****************
SITE ID: 418229
TERMINAL ID: 003

**THANKS COME AGAIN**
Diesel Fuel Contains
Up To 5% Biodiesel Or
Renewable State Diesel
Tax $ 0.19 Per Gallon
ST# 5080  TILL XXXX DR# 0 TRAN# 9014174
CSH: 0                    08/28/20 19:25:27



WELCOME TO
STRIPES # 1082
3600 JIMMY JOHNSON BL.
PORT ARTHUR, TX 77642
409-727-1945
418229

3600 JIMMY JOHNSON
PORT ARTHUR TX 77642

< DUPLICATE RECEIPT >

| Description | Qty | Amount |
|---|---|---|
| UNLD CR #01 | 12.0266 | 20.31 |
| SELF @ 1.689/ G | | |

| | | |
|---|---|---|
| Subtotal | | 20.31 |
| Tax | | 0.00 |
| **TOTAL** | | **20.31** |
| CREDIT $ | | 20.31 |

MASTERCARD
************2188
Entry Method: Swiped
Auth #: 01232Z
Resp Code:
Stan: 157063815B4
Invoice #: 756806
Store # *****************
SITE ID: 418229
TERMINAL ID: 003

THANKS COME AGAIN
Diesel Fuel Contains
Up To 5% Biodiesel Or
Renewable State Diesel
Tax $ 0.19 Per Gallon
TILL XXXX DR# 0 TRAN# 90142Z5
08/30/20 20:23:33

ST# 5080
CSH: 0

9:34 **80°**                                    ⏰ LTE ⤢ ▃▅▇ 76% ▪

## All Transactions | Payment Activity

## Pending Transactions             

PENDING

⌄ Chevron                                **-$1.00**
Gas/Automotive                           Brekk B.
                                         ...2188

PENDING

⌄ Chevron                                 $1.00
Gas/Automotive                           Brekk B.
                                         ...2188

PENDING

∧   **Chevron**              $27.55
        Gas/Automotive                   Brekk B.
                                         ...2188

**2920 Jimmy Johnson Blvd
Port Arthur, TX 77642
(281) 647-9960**
**Merchant Website**

**Purchased:**        Sun, Aug 30, 2020
**Purchased By:**     BREKK BOTNE

🚩 **Report a problem**







EXXON EXPRESS PAY

7-ELEVEN 36513
FG48133152001
5590 CALDER
BEAUMONT    , TX
77706
08/31/2020 295810575
09:26:07 PM

XXXXXXXXXXXXX2188
Mastercard
INVOICE 090070
AUTH 02675Z

PUMP# 9
Regular       12.350G
PRICE/GAL     $1.799

FUEL TOTAL  $  22.22

CREDIT      $  22.22

============================
Customer-activated Purchase/Capture
Site #: 0000000084691093
Shift Number 2
Sequence Number 16542
APPROVED B2675Z

WELCOME
EXXPRESS MART #19
2920 Jimmy Johnson
Nederland TX  77645
409- 724-2096
00307602
EM 19
2920 JIMMYJOHNSON
PORT ARTHUR TX


DATE 9/1/20 20:43
TRAN# 9054360
PUMP# 05
SERVICE LEVEL: SELF
PRODUCT: REGUNL
GALLONS:      13.554
PRICE/G:  $    1.959
FUEL SALE    $26.55
  CREDIT     $26.55
************2100
Stn# 00307602

MASTERCARD

Inv#  0209350
Auth# 04674Z
Entry Method:  Swipe
d


Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.

THANK YOU
HAVE A GREAT DAY!
www.exxpressmart.com

2845 Loyola Dr.
Kenner LA 70062

LOYOLA AVENUE DISCOU
L322456696001
2845 LOYOLA AVENUE
KENNER          , LA
70062
09/03/2020 248136213
03:27:09 PM

XXXX XXXX XXXX 2188
Mastercard
INVOICE 060157
AUTH 067582

PUMP# 5
UNLEADED          10.415G
PRICE/GAL         $1.739

FUEL TOTAL   $   18.11

CREDIT       $   18.11

: ======================================
Customer-activated Purchase/Capture
Sequence Number 14032
Swiped
APPROVED  067582
: ======================================

```
            WELCOME
        EXXPRESS MART #19
       2920 Jimmy Johnson
       Nederland TX  77645
          409- 724-2096
            00307602
             EM 19
       2920 JIMMYJOHNSON
        PORT ARTHUR TX


    DATE 9/3/20 9:43
    TRAN# 9083584
    PUMP# 08
    SERVICE LEVEL: SELF
    PRODUCT: REGUNL
    GALLONS:       11.335
    PRICE/G:  $     1.959
    FUEL SALE     $22.21
       CREDIT     $22.21
    ************2188
    Stn# 00307602

    MASTERCARD

    Inv#  0290259
    Auth# 04203Z
    Entry Method:  Swipe
    d


    Get rewarded on
    every fill-up at
    Chevron with a
    Techron Advantage
    card. See app
    for details.

        THANK YOU
     HAVE A GREAT DAY!
    www.exxpressmart.com
```

 **Gmail**                                        Brekk Botne <brekk.botne@gmail.com>

---

**Your ride with Kenneth on September 3**
1 message

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>                    Thu, Sep 3, 2020 at 3:44 PM
To: brekk.botne@gmail.com



SEPTEMBER 3, 2020 AT 3:07 PM

# Thanks for riding with Kenneth!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (19.19mi, 28m 22s) | $34.15 |
| Louisiana State Fee | $0.30 |
| Tip | $8.61 |

| | |
|---|---|
| **P**  PayPal account | **$43.06** |



Gmail - Your ride with Kenneth on September 3      https://mail.google.com/mail/u/0?ik=2d8824c1a9&view=pt&search=all...



● **Pickup**  **3:07 PM**
Svc Rd B, Kenner, LA

● **Drop-off**  **3:35 PM**
954 Opelousas Ave, New Orleans, LA



# The new rules of rideshare

**Please continue to follow these guidelines whenever you request a ride:**

- Wear a face covering
- Keep the car — and your hands — clean
- Sit in the back seat
- Keep the car windows open

LEARN MORE

## Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

**GET BUSINESS PROFILE**

**TIP DRIVER**

**FIND LOST ITEM**

**REQUEST REVIEW**

Review price in the Lyft app help tab

To protect against unauthorized behavior, you may see an authorization hold on your bank statement. This is to verify your payment method and will not be charged.

Help Center

Receipt #1446798044248862616

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© Mapbox © OpenStreetMap Improve this map

© 2020 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

```
CITGO FOOD MART
00013682025-09
1500 N UNIVERSITY
LAFAYETTE        , LA
08/27/2020 76521625
10:03:29 PM


XXXX XXXX XXXX 9987
VISA
INVOICE 220206
AUTH 00-00585D
REF98000330625


PUMP# 4
REG CR          6.318G
PRICE/GAL       $1.899


FUEL TOTAL   $  12.00


CREDIT       $  12.00


VISA CREDIT
AID: A0000000031010
TC: AEC99BC5EC59DAFA
COMPLETION
Entry: CHIP
Batch: 33 Seq Num: 62
```

**04:41**

< Details 🛒 ?

## CHEVRON 0307602

| | |
|---|---|
| **Amount** | $20.00 |
| **Transaction Date** | 08/28/2020 |
| **Transaction Type** | Temp Auth / Pending Payment |
| **Card Type** | Visa |
| **Reference Number** | TEMP |

**Temporary authorizations (Temp Auth)**

- Your available balance has been increased or decreased to reflect this transaction.
- The amount may change when the transaction is finalized. For example: A restaurant may not include the gratuity that is included in the final complete transaction
- Final amounts may take up to 7 business days to post to your account.
- If you suspect fraud please contact us immediately.

**Pending payments (Pending Pymt)** a payment we received from you and is in the process of posting to your account.

🔒 Secure Area   Privacy & Security   Advertising Practices
Legal Info & Disclosures   Equal Housing Lender 🏠
Bank of America, N.A. Member FDIC. © 2020 Bank of America Corporation.



# EXXON EXPRESS PAY

```
SHOP RITE #72
FG22112550001
2597 N PARKERSON AVE
CROWLEY        , LA
70526
08/27/2020  352476003
08:00:29 PM


XXXXXXXXXX1000
Am Express
INVOICE 055644
AUTH 543442


PUMP# 7
Regular           16.849G
PRICE/GAL          $1.899


FUEL TOTAL    $  32.00


CREDIT        $  32.00
```

======================================

```
Customer-activated Purchase/Capture
Site #: 0000000004532479
Shift Number 1
Sequence Number 30391
Swiped
APPROVED  543442
```

```
          WELCOME
    EXXPRESS MART #19
    2920 Jimmy Johnson
   Nederland TX  77645
      409- 724-2096
         00307602
          EM 19
    2920 JIMMYJOHNSON
     PORT ARTHUR TX


  DATE 8/31/20 17:11
  TRAN# 9054329
  PUMP# 05
  SERVICE LEVEL: SELF
  PRODUCT: REGUNL
  GALLONS:      18.376
  PRICE/G:  $     1.959
  FUEL SALE      $36.00
    CREDIT       $36.00
  **********1000
  Stn# 00307602


  AMEX


  Inv#  0288610
  Auth# 545223
  Entry Method:  Swipe
  d
```

```
           WELCOME
    EXXPRESS MART #19
     2920 Jimmy Johnson
     Nederland TX  77645
        409- 724-2096
          00307602
           EM 19
     2920 JIMMYJOHNSON
       PORT ARTHUR TX


   DATE 9/4/20 16:51
   TRAN# 9039538
   PUMP# 03
   SERVICE LEVEL: SELF
   PRODUCT: REGUNL
   GALLONS:      25.524
   PRICE/G:  $    1.959
   FUEL SALE     $50.00
      CREDIT     $50.00
   ***********1000
   Stn# 00307602


AMEX


Inv#  0291138
Auth# 588954
Entry Method:  Swipe
d
```

WELCOME

VV1156004263901

DATE 08/27/20   12:33
TRAN# 9010656
PUMP# 01
SERVICE LEVEL: SELF
PRODUCT: UNLD
GALLONS:            9.642
PRICE/G:     $    1.899
FUEL SALE   $   18.31
   CREDIT      $18.31

Amex
CARD ENTRY: SWIPE
************1001
Auth #: 540456
Resp Code: 00
Stan: 0061110129

SITE ID:
VV1156004263901

THANK YOU
HAVE A NICE DAY



Welcome To
SVC ID 1515759
*****************
Cefco 1084
5875 N Market
Shreveport LA 71107

| Description | Qty | Amount |
|---|---|---|
| UNLD1 CR #06 | 10.7466 | 20.41 |
| SELF @ 1.899/ G | | |

Subtotal        20.41
Tax         0.00
TOTAL        20.41
CREDIT  $      20.41

AMEX
***********1001
Entry: Swiped
Auth #: 504723
Resp Code: 000
Stan: 0072183262
Invoice #: 126562
Store # ***************

Thank You
Come Again
ST# 1084    TILL XXXX DR# 1 TRAN# 906
CSH: 0               8/27/20 4:26:2

```
                Pilot #431
              2205 N Hwy 62
             Orange TX 77630

         Invoice #          81211
         Date           08/28/20
         Time             06:03
         Auth #          546233


         AX
         Acct#
         ############1001

         Pump    Gallons    Price
          07    19.275  $ 1.769

         Product         Amount
         Unleaded        $ 34.10

         Total Sale   $ 34.10

         SALE - Card Swiped


              Thank You For
              Choosing Pilot
            Please Come Again
```

```
              WELCOME
        EXXPRESS MART #19
        2920 Jimmy Johnson
        Nederland TX  77645
           409- 724-2096
             00307602
               EM 19
         2920 JIMMYJOHNSON
           PORT ARTHUR TX


     DATE 8/31/20 19:34
     TRAN# 9074312
     PUMP# 07
     SERVICE LEVEL: SELF
     PRODUCT: REGUNL
     GALLONS:     17.910
     PRICE/G:  $    1.959
     FUEL SALE      $35.09
        CREDIT      $35.09
     ***********1001
     Stn# 00307602


     AMEX

     Inv#  0200671
     Auth# 521706
     Entry Method:  Swipe
     d



     Get rewarded on
     every fill-up at
     Chevron with a
     Techron Advantage
     card. See app
     for details.


          THANK YOU
       HAVE A GREAT DAY!
       www.exxpressmart.com
```

**EXXON EXPRESS PAY**

**GATEWAY TO CARTHAGE**
FG48115443001
1086 US HIGHWAY 59 S
CARTHAGE      , TX
75633
09/03/2020 289360649
09:06:26 AM

XXXXXXXXXXX1001
Am Express
INVOICE 017115
AUTH 504385

PUMP# 2
Regular          9.8310
PRICE/GAL        $1.999

FUEL TOTAL  $  19.65

CREDIT      $  19.65

===========================================
Customer-activated Purchase/Capture
Site #: 0000000004709600
Shift Number 1
Sequence Number 39062
Swiped
APPROVED 504385
===========================================

Tell us about
your visit! Visit
www.myexxonmobil
visit.com

```
              WELCOME
        EXXPRESS MART #19
        2920 Jimmy Johnson
        Nederland TX  77645
           409- 724-2096
             00307602
               EM 19
         2920 JIMMYJOHNSON
          PORT ARTHUR TX


        DATE 9/2/20 14:50
        TRAN# 9112792
        PUMP# 11
        SERVICE LEVEL: SELF
        PRODUCT: REGUNL
        GALLONS:     15.452
        PRICE/G:  $    1.959
        FUEL SALE    $30.27
          CREDIT     $30.27
        ************1001
        Stn# 00307602

        AMEX

        Inv#  0289846
        Auth# 545590
        Entry Method:  Swipe
        d


        Get rewarded on
        every fill-up at
        Chevron with a
        Techron Advantage
        card. See app
        for details.


            THANK YOU
         HAVE A GREAT DAY!
        www.exxpressmart.com
```



Welcome to Shell
WILCOR
73.51E4905
SHELL
3371 LAUREL ST
BEAUMONT
TX

DATE 8/28/20 13:38
TRAN# 9094815
PUMP# 09
SERVICE LEVEL: SELF
PRODUCT: UNLD
GALLONS: 23.671
PRICE/G: $1.89
FUEL SALE $44.95
DEBIT $44.95

DEBIT
USD$44.95 XXXX XXXX 1658
Card Read

Please come again
THANK YOU
HAVE A NICE DAY





```
        Flying J #735
       7112 I-10 West
         Orange TX
       (409) 883-9465

    Invoice #        6290
    Date         08/27/20
    Time            19:52
    Auth #         07787C

    VI
    Acct#
    ###########5121

   Pump   Gallons  Price
    11    11.054 $ 1.719

   Product        Amount
   Unleaded      $ 19.00

   Total Sale    $ 19.00

   SALE - Card Swiped


     Thank You For
    Choosing Pilot
   Please Come Again


    Thank You for
  Fueling at Flying J!
   www.gasvisit.com
```

```
              Pilot #431
            2205 N Hwy 62
            Orange TX 77630

        Invoice #        81179
        Date          08/28/20
        Time            05:08
        Auth #         01201C

        VI
        Acct#
        ############5121

      Pump   Gallons   Price
       07     5.795   $ 1.769

      Product          Amount
      Unleaded        $ 10.25

      Total Sale      $ 10.25

      SALE - Card Swiped


          Thank You For
          Choosing Pilot
        Please Come Again
```

SWOOP #91
109 E BERT KOUNS
SHREVEPORT, LA

SWOOP #91; 00203331
109 E. Bert Kouns
Shreveport, LA
08/27/2020 675794652
11:10:18 PM

XXXXXXXXXXX1007
AMEX
INVOICE E/3144482
AUTH 506096

PUMP# 4
UNLEAD REG      3.560G
PRICE/GAL      $2.059

FUEL TOTAL     $  7.33

CREDIT         $  7.33

Swiped

Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.

Thank You for Shopping
at SWOOP #91

```
     Welcome to Shell
       WELCOME TO
           FASTLANE 12
        57541464806
 SHELL OIL PRODUCTS U
           S
   104 MEMORIAL HWY
   NEDERLAND      TX
        77627


 DATE 9/3/20 4:32
 TRAN# 9027934
 PUMP# 02
 SERVICE LEVEL: SELF
 PRODUCT: PLUS
 GALLONS:        7.693
 PRICE/G:       $2.399
 FUEL SALE      $18.46
     CREDIT     $18.46

 AMERICAN EXPRESS
 USD$18.46
 XXXX XXXXXX X1007
 Chip Read
 APPROVED
 AUTH # 893438
 INV # 868729
 Mode: Issuer
 AID: A00000002501080
 1
 TVR: 0000008000
 IAD: 06480103A0A006
 TSI: F800
 ARC: 00

 ---------------------

 Please come again
    THANK YOU
 HAVE A NICE DAY
```

```
?APCO
J9548 TX 62 S
ORANGE
XXXXXXXXX1001       TX  77630


        08/30/2020 8:15:35 PM
    Register: 1 Trans #: 7192 Op ID: 1
        Your cashier: CASHIER

*** REPRINT *** REPRINT *** REPRINT ***

REGULAR CA    PUMP# 1
14.845 GAL @ $2.069/GAL        $30.71  99
                              ----------
                   Subtotal =   $30.71
                        Tax =    $0.00
                              ----------
                      Total =   $30.71

*** REPRINT *** REPRINT *** REPRINT ***

                  Change Due =    $0.00

  Credit                        $30.71
------------------------------------------
XXXX XXXX XXXX 5573 Mastercard
INVOICE: 043390
AUTH 12949P
==========================================
POS Purchase/Capture
Sequence Number 58525
Chip Read
Mastercard
Mode: Issuer
AID: A0000000041010
TVR: 0000008000
IAD: 0110A0400122200000000000000000101200FF
TSI: E800
ARC: 00
APPROVED  12949P
==========================================
------------------------------------------




        We Appreciate Your Business!!
```



# pilot.

STORE 431
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
09/04/2020

SALE
Transaction #:  99319663

------------------------------------------

| Qty Name | Price | Total |
|----------|-------|-------|

------------------------------------------

1 Auto Diesel 1              32.47      32.47
   Pump:              4
   Gallons:       15.038
   Price / Gal:    2.159

------------------------------------------

Subtotal                              32.47
Sales Tax                              0.00

------------------------------------------

Total                                 32.47

------------------------------------------

Received:
  MASTERCARD                          32.47
  XXXXXXXXXXXX5573      SWIPED
  Approved
  Auth #:    03030P

043199319663

Pos:5 Clerk:1127 09/04/2020 06:15:23
#ORIGINAL RECEIPT

203 EDGEWOOD DRIVE
MCCOMB MS 39648

MARATHON PETRO150243
OC000150243
203 EDGEWOOD DR
MCCOMB          , MS
08/27/2020 917567712
09:42:00 PM

XXXX XXXX XXXX 6463
VISA

INVOICE 212024
AUTH CO-01165B
REF410340827202128

*** REPRINT *** REPRINT *** REPRINT ***
PUMP# 4
REGULAR      52.659G
PRICE/GAL    $1.899

FUEL TOTAL $  100.00
*** REPRINT *** REPRINT *** REPRINT ***

CREDIT     $  100.00

COMPLETION
Entry: SWIPE
Batch: 41 Seq Num: 34
TEXT JOIN TO 40244
JOIN MAKEITCOUNT
REWARDS TODAY

```
             WELCOME
       EXXPRESS MART #19
       2920 Jimmy Johnson
      Nederland TX  77645
         409- 724-2096
            00307602
              EM 19
       2920 JIMMYJOHNSON
        PORT ARTHUR TX


      *** CONTACTLESS ***
      DATE 8/28/20 5:31
      TRAN# 9002626
      PUMP# 06
      SERVICE LEVEL: SELF
      PRODUCT: REGUNL
      GALLONS:      7.780
      PRICE/G:  $   1.799
      FUEL SALE    $14.00
        CREDIT     $14.00
      ************6463
      Stn# 00307602

      VISA

      Inv#  0280616
      Auth# 07833B
      Entry Method:  Conta
      ctless


      Get rewarded on
      every fill-up at
      Chevron with a
      Techron Advantage
      card. See app
      for details.

         THANK YOU
      HAVE A GREAT DAY!
      www.exxpressmart.com
```



STORE 431
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
08/29/2020

SALE
Transaction #:   6293276 ****PREPAY****

------------------------------------

| Qty Name | Price | Total |
|---|---|---|
| 1 MONSTER HYDRO BLUE I | 3.19 | 3.19 |
| 1 Prepay | 18.00 | 18.00 |
| Pump: | 5 | |
| Gallons: | 1.000 | |
| Price / Gal: | .000 | |

------------------------------------

| | |
|---|---|
| Subtotal | 21.19 |
| Sales Tax | 0.26 |
| Gen Merch Rate | 0.26 |

------------------------------------

| Total | 21.45 |
|---|---|

------------------------------------

Received:
Visa                              21.45
XXXXXXXXXXXXX6463    INSERTED
Approved
Auth #:   08191B

TYPE: PREAUTH
CHASE VISA   (C)
AID: A0000000031010
TVR: 0800008000
IAD: 06021203A02000
TSI: E800
ARC: Z3

IMPORTANT - Retain this copy for your
records.

CUSTOMER #ORIGINAL

------------------------------------



043106293276
Pos:6 Clerk:697 08/29/2020 04:59:42
#ORIGINAL RECEIPT

------------------------------------



STORE 431
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
08/30/2020

SALE
Transaction #: 99313518

| Qty Name | Price | Total |
|---|---|---|
| 1 Regular Unleaded | 22.00 | 22.00 |

Pump:        4
Gallons:     12.434
Price / Gal: 1.769

Subtotal                 22.00
Sales Tax                 0.00

Total                    22.00

Received:
VISA                     **22.00**
XXXXXXXXXXXXX6463    SWIPED
Approved
Auth #:   00511B



043199313518
Pos:6 Clerk:697 08/30/2020 06:07:14
#ORIGINAL RECEIPT

```
            WELCOME
     EXXPRESS MART #19
     2920 Jimmy Johnson
     Nederland TX  77645
        409- 724-2096
           00307602
             EM 19
      2920 JIMMYJOHNSON
       PORT ARTHUR TX


   *** CONTACTLESS ***
   DATE 9/2/20 5:36
   TRAN# 9099636
   PUMP# 09
   SERVICE LEVEL: SELF
   PRODUCT: REGUNL
   GALLONS:      16.463
   PRICE/G:  $    1.959
   FUEL SALE     $32.25
      CREDIT     $32.25
   ************6463
   Stn# 00307602

   VISA

   Inv#  0289513
   Auth# 00761B
   Entry Method:  Conta
   ctless


   Get rewarded on
   every fill-up at
   Chevron with a
   Techron Advantage
   card. See app
   for details.

         THANK YOU
     HAVE A GREAT DAY!
   www.exxpressmart.com
```

```
              WELCOME
          EXXPRESS MART #19
          2920 Jimmy Johnson
         Nederland TX  77645
            409- 724-2096
               00307602
                EM 19
          2920 JIMMYJOHNSON
           PORT ARTHUR TX


         *** CONTACTLESS ***
         DATE 9/3/20 5:33
         TRAN# 9042697
         PUMP# 04
         SERVICE LEVEL: SELF
         PRODUCT: REGUNL
         GALLONS:     10.724
         PRICE/G:  $   1.959
         FUEL SALE     $21.01
           CREDIT      $21.01
         ************6463
         Stn# 00307602

         VISA

         Inv#  0290113
         Auth# 04149B
         Entry Method:  Conta
         ctless


         Get rewarded on
         every fill-up at
         Chevron with a
         Techron Advantage
         card. See app
         for details.

            THANK YOU
          HAVE A GREAT DAY!
         www.exxpressmart.com
```

```
            WELCOME
      EXXPRESS MART #19
      2920 Jimmy Johnson
      Nederland TX  77645
          409- 724-2096
            00307602
             EM 19
       2920 JIMMYJOHNSON
        PORT ARTHUR TX


      *** CONTACTLESS ***
      DATE 9/4/20 5:34
      TRAN# 9083654
      PUMP# 08
      SERVICE LEVEL: SELF
      PRODUCT: REGUNL
      GALLONS:      7.664
      PRICE/G:  $   1.959
      FUEL SALE    $15.01
        CREDIT     $15.01
      ************6463
      Stn# 00307602


      VISA

      Inv#  0290712
      Auth# 06709B
      Entry Method:  Conta
      ctless


      Get rewarded on
      every fill-up at
      Chevron with a
      Techron Advantage
      card. See app
      for details.


          THANK YOU
      HAVE A GREAT DAY!
      www.exxpressmart.com
```

```
              WELCOME
        EXXPRESS MART #19
        2920 Jimmy Johnson
        Nederland TX  77645
           409- 724-2096
             00307602
               EM 19
        2920 JIMMYJOHNSON
         PORT ARTHUR TX


        *** CONTACTLESS ***
        DATE 9/5/20 5:32
        TRAN# 9042781
        PUMP# 04
        SERVICE LEVEL: SELF
        PRODUCT: REGUNL
        GALLONS:       8.676
        PRICE/G:  $    1.959
        FUEL SALE     $17.00
          CREDIT      $17.00
        ************6463
        Stn# 00307602

        VISA

        Inv#  0291415
        Auth# 03024B
        Entry Method:  Conta
        ctless


        Get rewarded on
        every fill-up at
        Chevron with a
        Techron Advantage
        card. See app
        for details.

           THANK YOU
        HAVE A GREAT DAY!
        www.exxpressmart.com
```

203 EDGEWOOD DRIVE
MCCOMB MS 39648

MARATHON PETRO150243
00000150243
203 EDGEWOOD DR
MCCOMB          , MS
08/27/2020 917567714
09:47:04 PM

XXXX XXXX XXXX 9166
DISCOVER
GALLOWAY/MATTHEW N
INVOICE 214411
AUTH 00-02770R
REF410360827202144

*** REPRINT *** REPRINT *** REPRINT ***
PUMP# 4
REGULAR        11.540G
PRICE/GAL      $1.899

FUEL TOTAL  $ 21.91
*** REPRINT *** REPRINT *** REPRINT ***

CREDIT      $ 21.91

COMPLETION
Entry: SWIPE
Batch: 41 Seq Num: 36
TEXT JOIN TO 40244
JOIN MAKEITCOUNT
REWARDS TODAY



# pilot.

STORE 431
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
08/29/2020

SALE
Transaction #:  99312146

Qty Name
                              Price      Total

1 Regular Unleaded
  Pump:                       18.24      18.24
  Gallons:            19
  Price / Gal:        10.313
                      1.769

Subtotal                                 18.24
Sales Tax                                 0.00

Total                                    18.24

Received:
  DISCOVER                               18.24
  XXXXXXXXXXXX9166      SWIPED
  Approved
  Auth #:    02991R

043199312146
Pos:6 Clerk:697 08/29/2020 05:04:08
#ORIGINAL RECEIPT



```
           Pilot #431
          2205 N Hwy 62
         Orange TX 77630

    Invoice #        87993
    Date          09/01/20
    Time             06:10
    Auth #         00144R

    DC
    Acct#
    ############9166

    Pump   Gallons  Price
     20    14.530 $ 1.769

    Product        Amount
    Unleaded      $ 25.70

    Total Sale    $ 25.70

    SALE - Card Swiped


       Thank You For
       Choosing Pilot
     Please Come Again
```



```
KROGER FUEL #479
      Flowood
     MS 39232
   601-718-2230
*********************
PUMP# 3
UNL     @1.799 /gal
VOLUME 20.970  gal

GAS TOTAL      37.73
TAX            0.00
****BAL        37.73
   Flowood MS 39232
Discover Credit Purc
***********9166 - C
REF#: 00377R TOTAL:
AID: A0000001523010
TC: 22AFEBAB07DF7F73
DISCOVER       37.73
09/03/20 12:03pm
479 118 74 88888118
I agree to pay the
above Total Amount
according to Card
Issuer Agreement.
   THANK YOU FOR
SHOPPING KROGER!
     Thank You
Have a Nice Day
```

Jackson-Medgar Wiley
Evers International
Airport Parking
                        103
CASHIER          57501
RECEIPT:         10018
PERSONELL:       18256
TRANSACTION:
SNR:   01 113 0182207
IN:    27.08.20 19:24
P.AT: 03.09.20 15:55
HOURLY TICKET
FEE:          112.00 USD
PAID:         112.00 USD

Sale
Amount: 112.00 USD

Cardholder copy
Date: 09/03/20 14:59
Term ID: 00012320
Card Type: VS
PAN xxxxxxxxxxxx0518
Entry Type: Swipe
Req Ref: 00012320-00
Trans Ref: 18256
Auth Code: 123120
Result: 00

APPROVED

Signature verified

6T 20:31

    Above amount
includes sales tax.
 Thank you for your
      business.
Please Drive Safely!

```
              WELCOME
         EXXPRESS MART #19
         2920 Jimmy Johnson
         Nederland TX  77645
            409- 724-2096
              00307602
                EM 19
          2920 JIMMYJOHNSON
           PORT ARTHUR TX


        DATE 8/30/20 4:58
        TRAN# 9062786
        PUMP# 06
        SERVICE LEVEL: SELF
        PRODUCT: REGUNL
        GALLONS:     10.720
        PRICE/G:  $   1.959
        FUEL SALE     $21.00
           CREDIT     $21.00
        ************4538
        Stn# 00307602


        VISA

        Inv#  0287641
        Auth# 05340D
        Entry Method:   Swipe
        d


        Get rewarded on
        every fill-up at
        Chevron with a
        Techron Advantage
        card. See app
        for details.

            THANK YOU
         HAVE A GREAT DAY!
        www.exxpressmart.com
```

Welcome to Zapco

ZAPCO
XXXXXXXXX1001
18548 TX 62 S
ORANGE        , TX
77630
08/31/2020 54698584
09:44:40 AM

XXXXXXXXXXXX4538
Visa
INVOICE 043525
AUTH 01054D

PUMP# 1
REGULAR          13.536G
PRICE/GAL        $2.069

FUEL TOTAL   $  28.01

CREDIT       $  28.01

========================================
Customer-activated Purchase/Capture
Sequence Number 58714
Chip Read
CHASE VISA
Mode: Issuer
AID: A0000000031010
TVR: 0000000000
IAD: 06D21203602002

```
           Pilot #431
          2205 N Hwy 62
          Orange TX 77630

     Invoice #        88287
     Date         09/01/20
     Time             09:31
     Auth #         07571D

     VI
     Acct#
     ###########4538

     Pump   Gallons  Price
      17    12.156 $ 1.769

     Product         Amount
     Unleaded       $ 21.50

     Total Sale   $ 21.50

     SALE - Card Swiped


         Thank You For
        Choosing Pilot
       Please Come Again
```

```
TEJAS #7
FG48113895001
200 S. PINE ST
KOUNTZE      , TX
77625
09/02/2020 771114018
08:50:00 AM


XXXXXXXXXXXX4538
Visa
INVOICE 067017
AUTH 03582D


*** REPRINT *** REPRINT *** REPRINT ***
PUMP# 2
Regular CR   11.745G
PRICE/GAL     $1.959


FUEL TOTAL  $  23.01
*** REPRINT *** REPRINT *** REPRINT ***


CREDIT      $  23.01


=========================================
Customer-activated Purchase/Capture
Site #: 0000000004592010
Shift Number 1
Sequence Number 23846
Chip Read
CHASE VISA
Mode: Issuer
AID: A0000000031010
TVR: 0000008000
IAD: 0602120360A006
TSI: E800
ARC: 00
APPROVED   03582D
```

# RaceWay 6945

500 Texas Ave
Bridge City, TX 77611

( DUPLICATE RECEIPT )

| Tax Description | Qty | Amount |
|---|---|---|
| Unl-87 | No.2 | |
| 28.544 G @ $1.699/ G | | $48.50 |

| | |
|---|---|
| Sub Total | $48.50 |
| Tax: | $0.00 |

**Total  $48.50**

| American Express: | $48.50 |
|---|---|
| Change | $0.00 |

Capture

American Express
XXXXXXXXXXX1006
Swiped

09/01/2020 06:09:34

| REG: 100 | CSH:ICR | TRAN:6283 |
|---|---|---|
| 9/1/2020 | 06:09:4 | RaceWay 6945 |

Scanned with CamScanner

WELCOME

VV1156004263901

DATE 09/03/20   12:45
TRAN# 9030969
PUMP# 03
SERVICE LEVEL: SELF
PRODUCT: UNLD
GALLONS:          11.950
PRICE/G:      $    1.799
FUEL SALE    $   21.50
     CREDIT      $21.50


Amex
CARD ENTRY: SWIPE
***********1006
HAWKINS/JODY W

Auth #: 587505
Resp Code: 00
Stan: 0069124742

SITE ID:
VV1156004263901


THANK YOU
HAVE A NICE DAY

Scanned with CamScanner

WELCOME

EZ-Mart
103 N Monster Expy
Fouke AR
71837

DATE 8/27/20 21:26
TRAN# 9027406
PUMP# 02
SERVICE LEVEL: SELF
PRODUCT: Reg Cnv Et
GALLONS:          8.687
PRICE/G:        $2.079
FUEL SALE       $18.06
    CHARGE      $18.06

AMEX
**********3008
Entry: Swiped
Auth #: 505467
Resp Code: 000
Stan: 0115341226
Invoice #: 180730
Store # ***********
****

Call *TOLL FREE*
844-200-3100or GoTo
gpminvestments.com
with Suggestions or
Comments. Thank You



Welcome to Shell
WELCOME TO
OUR STORE
SHELL 57545273401
5506 E END BLVD S
MARSHALL          TX  76672

| Description | Qty | Amount |
| --- | --- | --- |
| UNLD1 CR #04 | | |
| SELF @ 2.099/ G | 14.499G | 30.43 |

| | Subtotal | 30.43 |
| --- | --- | --- |
| | Tax | 0.00 |
| **TOTAL** | | **30.43** |
| | CREDIT $ | 30.43 |

AMERICAN EXPRESS
USD$30.43
XXXX XXXXXX X3008
Chip Read
APPROVED
AUTH # 806189
INV # 843722
Mode: Issuer
AID: A000000025010801
TVR: 0000008000
IAD: 064C0103A0A002
TSI: F800
ARC: 00

Please come again

ST# AB123   TILL XXXX  DR# 1 TRAN# 9043788
8/30/20 12:17:33 PM
CSH: 0

# Uber

August 27, 2020

## Here's your receipt for your ride, Belinda

We hope you enjoyed your ride this evening.

## Total                                                                   $31.81

| | |
|---|---|
| Base Fare | $1.00 |
| Time | $6.51 |
| Distance | $18.32 |

| | |
|---|---|
| **Subtotal** | **$25.83** |
| Sam Houston Southeast Plaza | $1.50 |
| Wait Time | $1.55 |
| Booking Fee | $2.90 |
| Long Pickup Fee | $0.03 |

A temporary hold of $24.22 was placed on your payment method •••• 8273. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

**You rode with Caerin**

UberX   22.90 miles | 38 min

10:11 PM | 4952 Birchwood Bluff Ln, Rosharan, TX 77583, USA

10:49 PM | 7600 Airport Blvd, Houston, TX 77061, USA

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



# Total                          $31.81

| | |
|---|---|
| Base Fare | $1.00 |
| Time | $6.51 |
| Distance | $18.32 |
| | |
| **Subtotal** | **$25.83** |
| Sam Houston Southeast Plaza ❓ | $1.50 |
| Wait Time ❓ | $1.55 |
| Booking Fee ❓ | $2.90 |
| Long Pickup Fee ❓ | $0.03 |

**VISA** •••• 8273 Switch                $31.81

WELCOME
EXXPRESS MART #19
2920 Jimmy Johnson
Nederland TX  77645
409- 724-2096
00307602
EM 19
2920 JIMMYJOHNSON
PORT ARTHUR TX


DATE 8/28/20 0:35
TRAN# 9112700
PUMP# 11
SERVICE LEVEL: SELF
PRODUCT: REGUNL
GALLONS:        3.208
PRICE/G:  $    1.799
FUEL SALE      $5.77
   CREDIT      $5.77
************8273
Stn# 00307602


VISA

Scanned with CamScanner

Welcome to Shell
25777 I-10 W.
HANKAMER TX 77560

SHELL
25777 I-10 WEST
HANKAMER, TX
77560
57529288805
08/29/2020 504952678
01:21:15 PM

PUMP# 2
REGULAR CA      11.438G
PRICE/GAL        $2.099

FUEL TOTAL    $  24.01

CREDIT        $  24.01

XXXX XXXX XXXX 8273
VISA
Swiped
APPROVED
AUTH # 031914
INV # 772772

-----------------------

Please come again

Scanned with CamScanner

# Uber

August 29, 2020

## Here's your receipt for your ride, Belinda

We hope you enjoyed your ride this evening.

| **Total** | **$28.91** |
|---|---|

| Trip Fare | $23.26 |
|---|---|
| **Subtotal** | **$23.26** |
| Tolls, Surcharges, and Fees | $5.65 |

A temporary hold of $27.65 was placed on your payment method •••• 8273. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode with Zachary

UberX   19.62 miles | 26 min

4:30 PM | 7600 Airport Blvd, Houston, TX 77061, USA

4:57 PM | 4952 Birchwood Bluff Ln, Rosharon, TX 77583, USA

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Your upfront price has been adjusted due to unanticipated tolls or surcharges on this trip. Please see the receipt breakdown for details.

share your savings



# Total                                    $28.91

> Your upfront price has been adjusted due to unanticipated tolls or surcharges on this trip. Please see the receipt breakdown for details.

Trip Fare                                  $23.26

—

**Subtotal**                              **$23.26**

Tolls, Surcharges, and Fees                $5.65

VISA  •••• 8273 Switch                     $28.91

**WELCOME TO**
**STRIPES # 1076**
2300 Hwy 365
Port Arthur, TX 77640
409-722-3600
*****************
Stripes
2300 HWY 365
PORT ARTHUR TX 77640

***PRE-AUTHORIZED RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| T PUGS EXTRA LONG LGH | 1 | 12.99 |
| T ALO ALOE VERA ORG H | 1 | 2.49 |
| T BIG A LIGHTING CABL | 1 | 9.99 |
| PREPAY CA #01 | | 20.00 |

Gas

| | | |
|---|---|---|
| Subtotal | | 45.47 |
| Tax | | 2.10 |

**TOTAL**       **47.57**
PREAUTH $    47.57

PREPAY Receipt
Debit    USD$47.57
Acct/Card #: ***********3405
Entry Method: Chip Read
Auth #: 101822
Resp Code: 000
Stan: 17327169756
Invoice #: 575915
Shift #: 1
Store # ****************

Verified By PIN

MODE: Issuer
AID: A0000000042203
MERCHANT COPY

**THANKS COME AGAIN**
Diesel Fuel Contains
Up To 5% Biodiesel Or
Renewable State Diesel
Tax $ 0.19 Per Gallon
ST# 1076   TILL XXXX DR# 1 TRAN# 1028163
CSH: 18
09/02/20 17:34:30

Scanned with CamScanner

MAPLE FOOD STORE
00019306015-09
1021 FM 517 RD E
DICKINSON,  TX
09/03/2020  168250758
02:48:22 PM

XXXX XXXX XXXX 4004
VISA

INVOICE 144341
AUTH 00-003020
REF96000440139

PUMP# 6
REGULAR CR        13.165G
PRICE/GAL          $1.899

FUEL TOTAL    $   25.00

CREDIT        $   25.00

COMPLETION
Entry: SWIPE
Batch: 44 Seq Num: 13

Scanned with CamScanner



```
Beaumont Chevron
00358974
1050 IH-10 South
Beaumont, TX
08/30/2020 849252653
08:31:56 AM

XXXXXXXXXXXX6487
DISCOVER
INVOICE E/7404761
AUTH 03007R

*** REPRINT *** REPRINT *** REPRINT ***
PUMP# 6
UNLEAD REG CR20.372G
PRICE/GAL    $2.099

FUEL TOTAL  $  42.76
*** REPRINT *** REPRINT *** REPRINT ***

CREDIT      $  42.76

Swiped

Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.
```



```
          WELCOME TO
        STRIPES # 1882
     3688 JIMMY JOHNSON B
    PORT ARTHUR,TX 77642
        489-727-1945
     3688 JIMMY JOHNSON
        PORT ARTHUR TX
          77642


DATE 08/31/28   16:52
TRAN# 9183684
PUMP# 18
SERVICE LEVEL: SELF
PRODUCT: UNLD
GALLONS:          18.731
PRICE/G:     $    1.759
FUEL SALE    $    32.95
    CREDIT       $32.95


DISCOVER
************8487
Entry Method: Swiped
```

WELCOME TO FILL AND CHILL
4901 W Pasadena Blvd
Deer Park, Tx 77536
832-324-4184
****************

| Description | Qty | Amount |
| --- | --- | --- |
| UNLEADED CR #03 | 27.8836 | 50.72 |
| SELF @ 1.819/ G | | |

| | |
| --- | --- |
| Subtotal | 50.72 |
| Tax | 0.00 |
| TOTAL | 50.72 |
| CREDIT $ | 50.72 |

DISCOVER
************6487
Entry Method: Swiped
Auth #: 00116R
Resp Code:
Stan: 0266143358
Invoice #: 112634
Store # ****************

ST# 338    TILL XXXX DR# 0 TRAN# 9032144
CSH# 0              09/01/20 15:06:51



Welcome to Shell

SHELL
22598 STATE HWY 73
WINNIE, TX
77665
57546168766
09/02/2020 98885744
08:57:26 AM

PUMP# 13
REGULAR CR    25.072G
PRICE/GAL     $2.199

FUEL TOTAL  $  55.13

CREDIT      $  55.13

XXXX XXXX XXXX 6487
DISCOVER
Swiped
APPROVED
AUTH # 68287H
INV # 525774

Please come again



```
        Flying J #735
        7112 I-10 West
          Orange TX
        (409) 883-9465

   Invoice #        14415
   Date         09/03/20
   Time           07:36
   Auth #         00341R

   DC
   Acct#
   ###########6487

   Pump   Gallons  Price
    06    24.623 $ 1.769

   Product        Amount
   Unleaded       $ 43.56

   Total Sale     $ 43.56

   SALE - Card Swiped


      Thank You For
      Choosing Pilot
    Please Come Again


      Thank You for
   Fueling at Flying J!
     www.gasvisit.com
```

https://cdeh.app.openair.com/temp/Wa__9h3jw6hGF4GBp0kW7Q_2809/2020-09-05.jpg



```
          WELCOME TO
        STRIPES # 1082
     3600 JIMMY JOHNSON B
    PORT ARTHUR,TX 77642
         409-727-1945
     3600 JIMMY JOHNSON
        PORT ARTHUR TX
            77642


    DATE 09/04/20   08:05
    TRAN# 9103751
    PUMP# 10
    SERVICE LEVEL: SELF
    PRODUCT: UNLD
    GALLONS:      21.884
    PRICE/G:   $   1.759
    FUEL SALE  $  38.49
       CREDIT    $38.49


    DISCOVER
    ***********6487
    Entry Method: Swiped
    Auth #: 00419R
    Resp Code:
    Stan: 15756382003
    Invoice #: 768609
    Store # ***********
    ****
    SITE ID: 418229
    TERMINAL ID: 003


    Diesel Fuel Contains
    Up To 5% BioDiesel
    or Renewable Diesel
    State Diesel Tax
    0.19 per Gallon Incl
```

```
FUEL MLK FUEL
L348195447001
1480 I10 E
BEAUMONT      , TX
77703
09/05/2020 977377630
07:49:42 AM

XXXX XXXX XXXX 6487
Discover
INVOICE 026948
AUTH 00579R

PUMP# 4
REGULAR CR    19.027G
PRICE/GAL      $2.199

FUEL TOTAL   $  41.84

CREDIT       $  41.84
```

Customer-activated Purchase/Capture
Sequence Number 26291
Swiped
APPROVED 00579R



```
        WELCOME TO
      EXXPRESS MART #1
      1745 TEXAS AVENUE
       BRIDGE CITY, TX
        409-697-2521


   DATE 6/31/20 6:05
   TRAN# 9025589
   PUMP# 02
   SERVICE LEVEL: SELF
   PRODUCT: UNLD
   GALLONS:      10.050
   PRICE/G:      $1.899
   FUEL SALE     $19.08
      CREDIT     $19.08

   AMERICAN EXPRESS
   USD$19.08
   ***********2005
   Entry: Chip Read
   APP LABEL: AMERICAN
   EXPRESS
   AuthNet: AMEX
   MODE: Issuer
   AID: A00000002501080
   1
   Auth #: 803539
   Resp Code: 000
   Stan: 1960828210D
   Invoice #: 94011
   Shift #: 1
   Store # 9911090




     THANK YOU FOR
       VISITING!!
   PLEASE VISIT US AT
   www.exxpressmart.com
```

WELCOME TO
EXXPRESS MART #1
1745 TEXAS AVENUE
BRIDGE CITY, TX
409-697-2521

DATE: 9/17/20 5:55
TRAN# 9004263
PUMP# 08
SERVICE LEVEL: SELF
PRODUCT: UNLD
GALLONS:        6.187
PRICE/G:      $1.899
FUEL SALE     $11.75
   CREDIT     $11.75

AMERICAN EXPRESS
USD$11.75
***********2005
Entry: Chip Read
APP LABEL: AMERICAN
EXPRESS
AuthNet: AMEX
MODE: Issuer
AID: A00000002501080
1
Auth #: 028703
Resp Code: 000
Stan: 19628284741
Invoice #: 96009
Shift #: 1
Store # 9011090

THANK YOU FOR
VISITING!!
PLEASE VISIT US AT
www.exxpressmart.com

# RaceWay 6945

500 Texas Ave
Bridge City,  TX 77611

( DUPLICATE RECEIPT )

| Tax Description | Qty | Amount |
|---|---|---|
| Unl-87 | No. 7 | |
| 8.810 G @ $1.699/ G | | $14.97 |

| | Sub Total | $14.97 |
|---|---|---|
| | Tax: | $0.00 |

## Total    $14.97

| American Express: | $14.97 |
|---|---|
| Change | $0.00 |

Capture

American Express
XXXXXXXXXXX2005
Swiped

09/02/2020 05:50:06

REG: 100    CSH:1CR    TRAN:8823
9/2/2020    05:50:2    RaceWay 6945



```
                Grab N Go #2
              4238 US HWY 59 N
             Marshall, TX 75670

  GRAB-N-GO #2
  FG48118362001
  4238 HWY 59 N
  MARSHALL      , TX
  75670
  09/04/2020 93018972
  10:51:25 AM

  XXXXXXXXXXX2005
  Am Express
  INVOICE 049382
  AUTH 505431

  *** REPRINT *** REPRINT *** REPRINT ***
  PUMP# 3
  Regular       18.451G
  PRICE/GAL     $1.999

  FUEL TOTAL  $  36.88
  *** REPRINT *** REPRINT *** REPRINT ***

  CREDIT       $  36.88

  =============================
  Customer-activated Purchase/Capture
  Site #: 000000000459 50
  Shift Number
  Sequence Number 098
  Swiped
  APPROVED  505431
  =============================

  Tell us about
  your visit! Visit
  www.myexxonmobil
  visit.com


       THANK YOU FOR YOUR BUSINESS!
         PLEASE COME BACK AGAIN!!!
```



Give us feedback @ s____.walmart.com
Thank you! ID #:7P9T4L4F7SZ

# Walmart >'<

WM Supercenter
409-727-4667 Mgr. DOUGLAS
8585 MEMORIAL BLVD
PORT ARTHUR TX 77640
ST# 00408 OP# 003631 TE# 84 TR# 08868

| ENR AA24PK | 039800018199 | 16.24 T |
| ENR AA24PK | 039800018199 | 16.24 T |
| ENR AA24PK | 039800018199 | 16.24 T |
| ENR AA24PK | 039800018199 | 16.24 T |
| ENR AA24PK | 039800018199 | 16.24 T |

```
                    SUBTOTAL      81.20
        TAX1  8.2500 %            6.70
                    TOTAL         87.90

                    VISA TEND     87.90
                    CHANGE DUE    0.00
```

CHASE VISA- 5467 I 1 APPR#03475D
   87.90   TOTAL PURCHASE
REF # 024600769084
AID A0000000031010
TC 1F2AC9AF8107BF5B
*No Signature Required
        09/02/20      10:11:15


        # ITEMS SOLD 5
   TC# 5159 6125 6555 7779 2732

Low prices You Can Trust. Every Day.
        9/02/20 10:11:26
            Paper Cut -- -- -- -- -



# 2317

## MEGA TWISTER WASHATERIA
3517 TURTLE CREEK DR
PORT ARTHUR, TX 77642
(409)722-1449 • (409)989-8230
Open 7 Days 7am-9pm
2 hour drop off service

ELBIE CANNON (CTEH)

PRINT NAME

501 269 8844

ADDRESS / PHONE

DATE
9-03

| M | T | W | Th | F | S | RACK |
|---|---|---|----|---|---|------|

| QUAN. | ARTICLE | PRICE |
|-------|---------|-------|
| | $17.45 | |
| | 1.44 | |
| | 18.89 | |
| | | TOTAL |

Not responsible for garments left over 30 days

# Circle K# 304

4601 NORTHSHOR DR
N LITTLE ROCK, AR 72118
VVI158004263901
NBS



| Description | Qty | Amount |
|---|---|---|
| H 22LBSBBGDC EACH | 1 | 4.99 |
| 00073308200228 | | |
| H 22LBSBBGDC EACH | 1 | 4.99 |
| 00073308200228 | | |

| | |
|---|---|
| Subtotal | 9.98 |
| Tax | 0.90 |
| **TOTAL** | **10.88** |
| CREDIT $ | 10.88 |

CARD ENTRY: INSERT
CARD TYPE: Amex
Card Name: COBB/HEATH
Acct/Card #: ************1001
Transaction data source: CHIP
TRANSACTION TYPE: SALE
AMERICAN EXPRESS

AUTH MODE: ISSUER
AID: A0000000250108O1
TVR: 0000008000
TSI: F800
IAD: 06460103602002
ARC: 00

Auth #: 821622
Resp Code: 00
Stan: 0061110138

SITE ID: VVI158004263901
MERCHANT COPY



SIGNATURE
I AGREE TO PAY TOTAL AMOUNT ACCORDING TO
CARD ISSUER AGREEMENT.

**THANK YOU**
FOR YOUR BUSINESS!
ST#          TILL XXXX DR# 1 TRAN# 1014689
CSH:                      08/27/20 12:36:40

```
****************
      EZ-Mart
103 N Monster Expy
 Fouke AR 71837
```

| Description | Qty | Amount |
|---|---|---|
| S GPM HAND SANITIZER | 1 | 2.99 |
| L AQUAFINA LTR | 1 | 1.89 |
| S GAS CAN QUIK FLO SP | 1 | 15.99 |
| S GAS CAN QUIK FLO SP | 1 | 15.99 |

```
              Subtotal      36.86
                   Tax       3.10
   TOTAL               39.96
            CHARGE          39.96


SALE Receipt
AMERICAN EXPRESS USD$39.96
Acct/Card #: ***********1007
Entry: Chip Read
APP LABEL: AMERICAN EXPRESS
AuthNet: AMEX
MODE: Issuer
AID: A000000025010801
Auth #: 826984
Resp Code: 000
Stan: 0115341225
Invoice #: 180740
Shift #: 1
Store # ****************


MERCHANT COPY



SIGNATURE
I agree to pay the amount stated
on this receipt.




        JOIN FAS REWARDS!
        WWW.FASREWARDS.COM
        OR CALL 844-200-3100
ST# 4213   TILL XXXX DR# 1 TRAN# 1015807
CSH: 9               8/27/20 9:26:49 PM
```



# Pilot®

STORE 431
2205 North Highway 62
Orange, TX 77630
(409) 745-1124
08/28/2020

SALE
Transaction #:  5537394
------------------------------------
Qty Name                    Price      Total
------------------------------------
                            27.90      25.00
  10 Bag of Ice
     Ice 2/$5.00            -2.90
------------------------------------
                                       25.00
Subtotal                                2.06
Sales Tax                               2.06
   Gen Merch Rate
------------------------------------
Total                                  27.06
------------------------------------
Received:                              27.06
  MC
  XXXXXXXXXXXXX5573    INSERTED
  Approved
  Auth #:    80847P

TYPE: PURCHASE
Mastercard   (C)
AID: A000000041010
TVR: 0400008000
IAD: 0110A00012220000000000000001012000FF
TSI: E800
ARC: Z3


IMPORTANT - Retain this copy for your
records.
CUSTOMER #ORIGINAL

------------------------------------

***** PROMO\COMBO SAVINGS:        2.90*****



Give us feedback @ survey.walmart.com
Thank you! ID #:7P9KBFC3COM

# Walmart ><

601-684-1074 Mgr:KELVIN
1600 VETERANS BLVD
MCCOMB MS 39648
ST# 01025 OP# 001260 TE# 77 TR# 08694

| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |
| 5G GAS CAN | 088785300267 | 18.94 X |

```
             SUBTOTAL   246.22
   TAX 1  7.000 %        17.24
                TOTAL   263.46
           DISCV TEND   263.46
Discover Credit *** **** **** 9166 I 1
APPROVAL # 02750R
REF # 024100134536
AID A0000001523010
AAC 67A6DACB81B7F6F7
TERMINAL # SCO10971
     08/27/20     21:20:54
        CHANGE DUE        0.00
    # ITEMS SOLD 13
TC# 7657 2736 2710 4527 6098 5
```

|||||| BARCODE ||||||

08/27/20     21:20:54
***CUSTOMER COPY***

**EXXON EXPRESS.PAY**

```
SHOP MAX
FG48348841001
101 N WALCOTT ST
JEFFERSON, TX
75657
08/28/2020 121055008
05:51:02 PM


XXXXXXXXXXXX4538
Visa
INVOICE 009929
AUTH 02342D


PUMP# 1
Regular            9.349G
PRICE/GAL         $1.899


FUEL TOTAL   $  17.75


CREDIT       $  17.75
```

======================================
Customer-activated Purchase/Capture
Site #: 0000000004021104
Shift Number 1
Sequence Number 27117
Swiped
APPROVED 02342D
======================================

```
Tell us about
your visit! Visit
www.myexxonmobil
visit.com
```

```
          Welcome to Shell
         WELCOME  TO
         FASTLANE  1
            42511286298
      SHELL
      901 N MAIN
      LUMBERTON    TX  77657


 Description          Qty      Amount
 -------              ---      ------

 UNLD1 CR #03      6.977G       13.25
    SELF @ 1.899/ G
                              ----------

               Subtotal         13.25
                    Tax          0.00
        TOTAL               13.25
               CREDIT  $       13.25


 CHASE VISA
 USD$13.25
 XXXX XXXX XXXX 4538
 Chip Read
 APPROVED
 AUTH # 03457D
 INV # 724963
 Mode: Issuer
 AID: A0000000031010
 TVR: 0000008000
 IAD: 06021203A0A002
 TSI: E800
 ARC: 00


 ------------------------

         Please come again

      THANKS,COME  AGAIN
 ST# 0001   TILL XXXX DR# 1 TRAN# 9031901
 CSH: 0              8/28/20 10:04:52 PM
```



ACADEMY @ MID COUNTY 409-723-6800

                    08/29/20   11:10
      443710 SALE       2313 0014 206

ASO 10X10 Straight / 122276460
  4 @ 1 for      99.99  MDS      399.96
Chilly Combo Blue  / 110817696
  2 @ 1 for       9.99  MDS       19.98
Chilly Combo Hi Vi / 110817724
  2 @ 1 for       9.99  MDS       19.98
Chilly Combo Hi Vi / 110817716
  2 @ 1 for       9.99  MDS       19.98
              SUBTOTAL           469.90
    8.25% SALES TAX               37.94
          TOTAL USD$             497.84

    MID: 328020014994
    TID: 08138032
    RRN: 064177
<<ELEC SIGNATURE CAPTURED 2313 1 >>
    VISA CREDIT               497.84
    XXXXXXXXXXXX4538
    Chip Read
    MARILYN GILLIAM        AUTH 04546D
    Mode: Issuer
    AID: A0000000031010

# FOR ALL. FOR LESS."

**Shop academy.com**

f facebook.com/academy

## How are we doing?
Share feedback about your experience within 72 hours at:
### www.academyfeedback.com
After completing the survey, enter for a chance to win a
### $1,000 Academy gift card!
NO PURCHASE NECESSARY. Odds depend on entries
received. Enter by month-end. For complete details and official
rules, see www.academy.com/officialrules.
Disponible en Español

2020082911120000140206 2313

              8/29/20   11:12

LOWE'S HOME CENTERS, LLC

8383 MEMORIAL BLVD

PORT ARTHUR, TX 77640   (409) 729-8851

## - SALE -

SALES#: S1151DH4 1302036   TRANS#: 11710952 08-29-20

664797 CABLE TIE CANISTER 500-PA          0.98
*MINIMUM RETAIL PRICE APPLIED TO THIS ITEM*
224273 55-GAL 1-MIL 40-CT DRUM L          27.96
             2 @   19.98
292679 18-IN NAT CABLE TIES 15-C          34.90
             5 @   6.98


                SUBTOTAL:          71.84
                     TAX:           5.93
      INVOICE 23733  TOTAL:         77.77
                    VISA:          77.77
VISA: XXXXXXXXXXXX4538 AMOUNT:77.77 AUTHCD: 06404D
    CHIP REFID:115123327053 08/29/20 11:35:32
       APL: CHASE VISA   TVR: 0080008000
       AID: A0000000031010   TSI: E800
   STORE: 1151   TERMINAL: 23   08/29/20 11:35:52
# OF ITEMS PURCHASED:          8
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.


FOR DETAILS ON OUR RETURN POLICY, VISIT
LOWES.COM/RETURNS
A WRITTEN COPY OF THE RETURN POLICY IS AVAILABLE



PORT ARTHUR - (409) 722-1902
08/30/2020  2:25 PM

VTVTU9XP66Y6M8X86

SALE                 2178-1-6585-960855-20.7.2
280156  BATTERY,D,ALKA
    6 @ 10.49                     62.94
              You Pay            62.94SS
828625  CABLE,USB,A/B,           19.99 SS
812532  BLACK TONER TN           86.49 SS
968834  CYAN TONER TN4           81.99 SS
491226  TONER,YELLW,TN           81.99 SS
979734  TONER,MAG,TN43           81.99 SS
447513  PRINTER,BROTHE          549.99 SS
          Subtotal:             965.38
          Sales Tax:             79.63
             Total:           1,045.01
          Visa 4538:          1,045.01


AUTH CODE 02741D
TDS Chip Read
AID A0000000031010    CHASE VISA
TVR 0000008000
CVS No Signature Required


_____

    Shop online at www.officedepot.com
  ************************************
       WE WANT TO HEAR FROM YOU!
       Visit survey.officedepot.com
       and enter the survey code below:
            55R3 HNOZ MA9F
  ************************************



Port Arthur - 409-729-3201
3100 Highway 365 Ste 90
Port Arthur, TX 77642-7796
08/31/2020 06:52 PM

STATIONERY & OFFICE SUPPLIES
081020092 PERM MRKR            T      $7.49
081063199 Easel Pad            T     $39.98
          2 @ $19.99 ea

                    SUBTOTAL      $47.47
     T = TX TAX 8.25000 on $47.47  $3.92
                    TOTAL         $51.39
            *4538 VISA CHARGE     $51.39
            AID: A0000000031010
                        VISA CREDIT
            AUTH CODE:    06303D

REC#2-0244-1877-0160-0541-9 VCD#759-252-248
-------------------------------------------
        Help make your Target Run better.
     Take a 2 minute survey about today's trip

              informtarget.com
         User ID: 7975 5812 3983
            Password: 994 581

         CUéNTENOS EN ESPAñOL

    Please take this survey within 7 days



PORT ARTHUR - (409) 722-1902
09/01/2020  11:35 AM

VTVT394P36Q5R8486

SALE                    2178-1-6736-963634-20:7.2
618017  PAD,EASEL,25X3
    2 @ 37.39                      74.78
              You Pay              74.78SS
             Subtotal:             74.78
            Sales Tax:              6.16
               Total:              80.94
            Visa 4538:             80.94


AUTH CODE 06560D
TDS Chip Read
AID A0000000031010    CHASE VISA
TVR 0000008000
CVS No Signature Required


      Shop online at www.officedepot.com
*******************************************
         WE WANT TO HEAR FROM YOU!
        Visit survey.officedepot.com
       and enter the survey code below:
             16R4 492F 6FQC

*******************************************



Give us feedback @ survey.walmart.com
Thank you! ID #:7P9KHV14QCF4

# Walmart

281-538-9778 Mgr:BRYAN
255 FM 518 RD
KEMAH TX 77565
ST# 03298 OP# 009045 TE# 45 TR# 09615
CANOPY UPC    081000748150       79.00 X
CANOPY UPC    081000748150       79.00 X
CANOPY UPC    081000748150       79.00 X
                    SUBTOTAL     237.00
        TAX 1   8.250 %           19.55
                    TOTAL        256.55
            AMEX   TEND          256.55
AMERICAN EXPRESS *** **** ***1 006 I 0
APPROVAL # 848756
REF # 024200207768
TRANS ID - 001330386251482
AID A000000025010801
AAC D00FFC328DBF3B72
TERMINAL # SC010018
        08/29/20      14:12:26
            CHANGE DUE        0.00
        # ITEMS SOLD 3
    TC# 3734 7319 8329 4072 7758 3

        08/29/20     14:12:26
    ***CUSTOMER COPY***

Scanned with CamScanner



**CTEH, LLC**
5120 North Shore Drive
North Little Rock, AR  72118
8702910353
dradic@cteh.com

| BILL TO | SHIP TO | | INVOICE # | 8898 |
|---------|---------|--|-----------|------|
| 113436 | CTEH | | DATE | 08/31/2020 |
| | 5120 Northshore Dr. | | | |
| | North Little Rock, AR 72118 | | TERMS | Net 30 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|----------|-------------|-----|------|--------|
| **PortaGas:10474500** | NO2 (58L) 5ppm Air Balance | 2 | 350.00 | 700.00 |
| **PortaGas:10629000** | SO2 (58L) 5ppm | 1 | 180.00 | 180.00 |
| **PortaGas:10464780** | NO (58L) 25ppm | 2 | 350.00 | 700.00 |
| **PortaGas:10218000** | Cl2 (58L) 10ppm | 3 | 350.00 | 1,050.00 |
| **Shipping** | Shipping and Handling | 1 | 146.26 | 146.26 |

We accept VISA, MasterCard and American Express.  Please contact our accounting department at (501)801-8606 to pay with a credit card.

| | |
|--|--|
| SUBTOTAL | 2,776.26 |
| TAX (0%) | 0.00 |
| TOTAL | 2,776.26 |
| BALANCE DUE | **$2,776.26** |



## Admin Overhead Fee Schedule

| Admin Overhead Fee Schedule | Amount |
|---|---|
| Hotel | |
| Airfare | 40.00 |
| Vehicle Op Exp | 2,434.01 |
| (Less Mileage) | (32.78) |
| Proj Supplies | 2,488.65 |
| Postage | |
| Labs | |
| Subcontractor | |
| **Total Admin Expenses** | **4,929.88** |
| **15% Overhead Fee** | **739.48** |