IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

The Center for Toxicology and
and Environmental Health, LLC

   Plaintiff[s],

v.

Bio-Lab, Inc.

   Defendant[s].

CIVIL ACTION NO.
1: 21 -CV- 00970 -AT

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

_James Reily_
_R Wayne Bond (b, James Ruley, with express permission)_
Signature of counsel or *pro se* party